1  Jonathan Shub (SBN 237708)
   jshub@seegerweiss.com
2  **SEEGER WEISS LLP**
3  1515 Market Street, Suite 1380
   Philadelphia, PA 19102
4  Telephone: (215) 564-2300
   Facsimile: (215) 851-8029
5

6  Rosemary M. Rivas (SBN 209147)          J. Paul Gignac (SBN 125676)
   rrivas@finkelsteinthompson.com          j.paul@aogllp.com
7  **FINKELSTEIN THOMPSON LLP**            **ARIAS OZZELLO & GIGNAC LLP**
   100 Bush Street, Suite 1450             4050 Calle Real, Suite 130
8  San Francisco, California 94104         Santa Barbara, California 93110
   Telephone: (415) 398-8700               Telephone: (805) 683-7400
9  Facsimile: (415) 398-8704               Facsimile:  (805) 683-7401

10
   *Proposed Interim Co-Lead Class Counsel*   *Proposed Interim Liaison Class Counsel*
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE FACEBOOK PPC ADVERTISING LITIGATION**<br><br>**This Document Relates To:**<br>    All Actions. | Master File No.  C 09-03043 JF<br><br>**JOINT STIPULATION AND [PROPOSED ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date:  November 13, 2009<br>Proposed Date: December 18, 2009<br>Time: 9:00 a.m.<br><br>Courtroom:  3, 5th Floor<br>Judge:  Honorable Jeremy Fogel |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-2, Plaintiffs and Defendant, Facebook, Inc., through their undersigned counsel, stipulate as follows:

WHEREAS, on October 19, 2009, an Initial Case Management Conference was set for November 13, 2009;

WHEREAS, on October 27, Plaintiffs filed a Motion for Lead Counsel Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure which will be heard by the Court on December 18, 2009;

WHEREAS, in order to conserve judicial and the parties' resources, the parties agree that a continuance of the Case Management Conference to December 18, 2009 – the same date as the Motion for Lead Counsel – is appropriate.

Subject to the Court's approval. Plaintiffs and Defendant, FACEBOOK, hereby stipulate and agreed pursuant to Northern District of California Civil Local Rule 6-2, as follows:

1. The last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through November 25, 2009.

2. The last date for the parties to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through November 25, 2009.

3. The last date for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be extended through December 11, 2009.

4. The Initial Case Management Conference scheduled for November 13, 2009 shall be continued to December 18, 2009 at 9:00 a.m.

Respectfully Submitted,

DATED: November 2, 2009  **SEEGER WEISS LLP**

By: /s/ Jonathan Shub
JONATHAN SHUB

*Attorneys for Plaintiffs*


**ORRICK, HERRINGTON & SUTCLIFFE LLP**

DATED: November 2, 2009

By: /s/ Angela L. Padilla
ANGELA L. PADILLA

*Counsel for Defendant FACEBOOK INC.*

I attest that concurrence in the filing of this document has been obtained from Angela Padilla for Defendant.

By: /s/ Jonthan Shub
Jonathan Shub
Attorney for Plaintiffs

Master File No. C 09-03043 JF -2- STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

# [PROPOSED] ORDER

Pursuant to the Stipulation and counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through November 25, 2009.

2. The last date for the parties to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through November 25, 2009.

3. The last date for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be extended through December 11, 2009.

4. The Initial Case Management Conference scheduled for November 13, 2009 shall be continued to December 18, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 11/5, 2009

_____
Hon. Jeremy D. Fogel

Master File No. C 09-03043 JF

-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC