# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

IN RE FACEBOOK PPC ADVERTISING LITIGATION,

Case No. CV-09-3043-JF

ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTION

On October 20, 2009 the above entitled matter was consolidated with case number CV-09-3430-JF and CV-09-3519-JF. At that time, the Court deemed case number CV-09-3043-JF the lead case. In light of the consolidation, the clerk shall administratively close the following cases: CV-09-3430-JF and CV-09-3519-JF.

IT IS SO ORDERED.

Dated: November 19, 2009

JEREMY FOGEL
United States District Judge