**E-Filed 12/15/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK PPC ADVERTISING LITIGATION | Case Number C 09-03043 JF (HRL)<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF INTERIM CO-LEAD, LIAISON AND CLASS COUNSEL<br><br>[re: docket no. 22] |

Plaintiffs move for appointment of interim co-lead, liaison and class counsel pursuant to Fed. R. Civ. P. 23(g). The motion is well-taken. The Court has considered Defendant's prematurity argument, but it concludes that the appointment of interim co-lead, liaison and class counsel will not result in any prejudice to Defendant. Accordingly, the motion will be granted.

IT IS SO ORDERED.

DATED: December 15, 2009

_____
JEREMY FOGEL
United States District Judge