Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029

Rosemary M. Rivas (SBN 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Interim Co-Lead Class Counsel*

J. Paul Gignac (SBN 125676)
j.paul@aogllp.com
**ARIAS OZZELLO & GIGNAC LLP**
4050 Calle Real, Suite 130
Santa Barbara, California 93110
Telephone: (805) 683-7400
Facsimile: (805) 683-7401

*Interim Liaison Class Counsel*

\*\*E-Filed 1/20/2010\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK PPC ADVERTISING LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Master File No. C 09-03043 JF<br><br>[~~PROPOSED~~] ORDER: (1) CONTINUING THE CASE MANAGEMENT CONFERENCE AND THE HEARING ON DEFENDANT'S MOTION TO DISMISS; AND (2) AMENDING THE BRIEFING SCHEDULE FOR THE MOTION TO DISMISS<br><br>Date Presently Set: February 26, 2010<br>Proposed New Date: March 5, 2010<br>Courtroom: 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

WHEREAS, both the hearing on Defendant's Motion to Dismiss and a Case Management Conference are presently set before this Court on Friday, February 26, 2010 at 9:00 a.m.;

WHEREAS, the parties have submitted a Stipulation demonstrating good cause to continue the Case Management Conference and the hearing on the Motion to Dismiss; and

WHEREAS, the parties also have stipulated to a briefing schedule on Defendant's Motion to Dismiss in order to accommodate the parties' interests and schedules,

**IT IS HEREBY ORDERED THAT**:

1. The Case Management Conference and the hearing on Defendant's Motion to Dismiss presently scheduled for Friday, February 26, 2010 at 9:00 a.m. shall be continued to Friday, March 5, 2010 at 9:00 a.m.;
2. Plaintiffs shall be permitted until January 29, 2010 to file their opposition to Defendant's Motion to Dismiss; and
3. Defendant shall be permitted until February 19, 2010 to file a reply brief in further support of Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: 1/14/2010    By: _____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE