COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK PPC Advertising Litigation,<br><br>This Document relates To:<br>     All Actions. | Master File Case No.  C 09-03043 JF<br><br>**ADMINISTRATIVE MOTION FOR RELIEF FROM CIVIL LOCAL RULE 16-10(a)** |

Per Civil Rules 7-11 and 7-12, Cooley LLP ("Cooley"), counsel for defendant Facebook, Inc. ("Facebook"), hereby moves for relief from Civil Local Rule 16-10(a) regarding the requirement that "lead trial counsel for each party must attend the initial Case Management Conference." The initial Case Management Conference in this matter was set for March 5, 2010 along with the hearing on Facebook's Motion to Dismiss. On that date, the Court set a further case management conference for Friday, May 7, 2010. At the time that this May 7, 2010 conference was scheduled, Cooley had not yet substituted in as counsel for Facebook. Facebook's lead trial counsel, Michael Rhodes, currently has a out-of-town business conflict on May 7, 2010.

It is unclear whether the prior March 5 hearing constituted the "initial" case management

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1178161 v1/SF          1.          **ADMIN. MOTION FOR RELIEF**
                                   **C 09-03043 JF**

1  conference for purposes of Rule 16-10(a).  If it did, then the conference scheduled for May 7,
2  2010 would be a subsequent case management conference and the requirement regarding lead
3  trial counsel's attendance would not apply.  Out of an abundance of caution, Facebook and
4  Cooley hereby move for an order excusing the attendance of Michel Rhodes and allowing Whitty
5  Somvichian to represent Facebook at the May 7, 2010 case management conference instead.
6  Counsel will be fully prepared to address all issues with authority from Facebook.

7  Facebook has conferred with counsel for Plaintiffs and they do not object to this request.

9  Respectfully submitted.

11  Dated: April 29, 2010                    COOLEY LLP

12                                           By:     /s/ Whitty Somvichian
13                                                Whitty Somvichian
                                                  Counsel for Facebook, Inc.
14                                                101 California Street, 5th Flr.
                                                  San Francisco, CA 94111-5800

17  IT IS SO ORDERED,

18  Dated: _____

19                                           By: _____
                                                  The Hon. Jeremy Fogel
20                                                United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1178161 v1/SF                         2.                    **ADMIN. MOTION FOR RELIEF**
                                                            **C 09-03043 JF**