Jonathan Shub (SBN 237708)
jshub@shublaw.com
**SHUBLAW LLC**
1818 Market Street, 13th Floor
Philadelphia, PA 19102
Telephone: (610) 453-6551
Facsimile: (215) 569-1606

**E-Filed 7/6/2010**

Rosemary M. Rivas (SBN 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

J. Paul Gignac (SBN 125676)
j.paul@aogllp.com
**ARIAS OZZELLO & GIGNAC LLP**
115 S. La Cumbre Lane, Suite 300
Santa Barbara, California 93105
Telephone: (805) 683-7400
Facsimile: (805) 683-7401

*Interim Co-Lead Class Counsel*                    *Interim Liaison Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE FACEBOOK PPC ADVERTISING LITIGATION**<br><br>**This Document Relates To:**<br>   All Actions. | Master File No. C 09-03043 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE: AMENDED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Hearing Date: August 6, 2010<br>Hearing Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

WHEREAS, Defendant's Motion to Dismiss the Amended Complaint in this action presently is set for hearing before this Court on Friday, August 6, 2010 at 9:00 a.m.;

WHEREAS, this Court previously entered an Order pursuant to the parties' stipulation (Doc. No. 77) establishing a briefing schedule on Defendant's Motion to Dismiss the Amended Complaint;

WHEREAS, due to a recent death in the family of Jonathan Shub, Esq., Interim Co-Lead Class Counsel in this action, Plaintiffs' counsel have requested and Defendant's counsel have agreed to

1  modify the briefing schedule on Defendant's Motion to Dismiss the Amended Complaint so as to permit
2  Plaintiffs' counsel an additional week, until July 16, 2010, in which to prepare and file their opposition
3  to Defendant's Motion to Dismiss the Amended Complaint;

4        WHEREAS, correspondingly and necessarily, Plaintiffs' counsel have agreed to modify the
5  briefing schedule on Defendant's Motion to Dismiss the Amended Complaint so as to permit
6  Defendant's counsel an additional week, until July 30, 2010, in which to prepare and file their reply
7  brief in further support of Defendant's Motion to Dismiss the Amended Complaint;

8        WHEREAS, Interim Liaison Class Counsel has contacted the Court's clerk and confirmed that
9  the Court is agreeable to entering an order modifying the briefing schedule as set forth above without
10 continuing the hearing date on Defendant's Motion to Dismiss the Amended Complaint so that the
11 hearing date on Defendant's Motion to Dismiss the Amended Complaint shall remain set for August 6,
12 2010 at 9:00 a.m.; and

13       WHEREAS, the Court has set a continued Case Management Conference for August 6, 2010 at
14 9:00 a.m. which also shall remain set for that date and time,

15       **BASED THEREON, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

16     1.   Plaintiffs shall be permitted until July 16, 2010 to file their opposition to Defendant's
17         Motion to Dismiss the Amended Complaint;
18     **2.**   Defendant shall be permitted until July 30, 2010 to file its reply brief in further support of
19         Defendant's Motion to Dismiss the Amended Complaint; and
20     **3.**   Both the hearing on Defendant's Motion to Dismiss the Amended Complaint and the
21         continued Case Management Conference in this action shall remain set for Friday,
22         August 6, 2010 at 9:00 a.m.

23 **IT IS SO STIPULATED**.

24 Dated: June 29, 2010               ARIAS OZZELLO & GIGNAC LLP

25

26                                  By:    /s/ J. Paul Gignac
27                                       J. Paul Gignac (SBN 125676)

STIPULATION AND [PROPOSED] ORDER RE: AMENDED BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

115 S. La Cumbre Lane, Suite 300
Santa Barbara, California 93105
Telephone: (805) 683-7400
Facsimile: (805) 683-7410

*Interim Liaison Class Counsel*

Dated: June 29, 2010                COOLEY LLP


By:   /s/ Whitty Somvichian
Whitty Somvichian (SBN 194463)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

*Counsel for Defendant Facebook, Inc.*


**FILER'S ATTESTATION**

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.


Dated: June 29, 2010                **ARIAS OZZELLO & GIGNAC LLP**


By:   /s/ J. Paul Gignac
J. Paul Gignac (SBN 125676)

**ORDER**

The Court, having reviewed and considered the parties' Stipulation to amend the briefing schedule on Defendant's Motion to Dismiss the Amended Complaint and finding good cause for the relief requested thereby, hereby orders as follows:

1. Plaintiffs shall be permitted until July 16, 2010 to file their opposition to Defendant's Motion to Dismiss the Amended Complaint;

2. Defendant shall be permitted until July 30, 2010 to file its reply brief in further support of Defendant's Motion to Dismiss the Amended Complaint; and

3. Both the hearing on Defendant's Motion to Dismiss the Amended Complaint and the continued Case Management Conference in this action shall remain set for Friday, August 6, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 6/30/2010            By: _____
                                The Honorable Jeremy Fogel
                                United States District Court Judge