```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
PETER M. COLOSI (252951)
(pcolosi@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
```

**E-Filed 10/8/2010**

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK PPC Advertising Litigation,<br><br>This Document relates To:<br>    All Actions. | Master File Case No.  C 09-03043 JF<br><br>**STIPULATION EXTENDING TIME ON ALL MOTIONS RELATED TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to L.R. 6-2, counsel for defendant Facebook, Inc. ("Facebook") and lead trial counsel for Plaintiffs stipulate as follows:

Whereas the Second Amended Consolidated Class Action Complaint ("Second Amended Complaint") in the above-entitled action was filed on September 24, 2010;

Whereas Plaintiffs and Facebook have agreed to extend the time for Facebook to file its motion to dismiss the Second Amended Complaint, for Plaintiffs to file their opposition to such a motion, and for Facebook to file its reply to such an opposition;

Now, therefore, Plaintiffs and Facebook stipulate as follows:

1. Facebook shall have up to and including October 22, 2010, to file its motion to dismiss

1  the Second Amended Complaint.

2      2. Plaintiffs shall have up to and including November 12, 2010 to file their opposition to
3  Facebook's motion to dismiss the Second Amended Complaint.

4      3. Facebook shall have up to and including November 19, 2010 to file its reply to
5  Plaintiffs' opposition.

6      4. A hearing on Facebook's motion to dismiss the Amended Complaint and all related
7  filings and the Case Management Conference has been calendared for and shall take place on
8  December 3, 2010.

9  **IT IS SO STIPULATED.**

11  Dated: October 4, 2010   COOLEY LLP

13  MICHAEL G. RHODES (116127)
    WHITTY SOMVICHIAN (194463)
14  PETER M. COLOSI (252951)

16  BY:  /s/ Whitty Somvichian
    WHITTY SOMVICHIAN

17  Attorneys for Defendant
18  FACEBOOK, INC.

19  Dated: October 4, 2010   SHUBLAW LLC

21  BY:  /s/ Jonathan Shub
    JONATHAN SHUB

23  FINKELSTEIN THOMPSON LLP

25  BY:  /s/ Rosemary M. Rivas
    ROSEMARY M. RIVAS

26  Attorneys for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION EXTENDING TIME ON ALL MTNS
RELATED TO PLTFS' SECOND AMEND COMPL.
C 09-03043 JF

**FILER'S ATTESTATION:**

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: October 4, 2010

BY:  s/ Whitty Somvichian

Whitty Somvichian (194463)

IT IS SO ORDERED,

Dated: 10/8/2010

By: _____
The Hon. Jeremy Fogel
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION EXTENDING TIME ON ALL MTNS
RELATED TO PLTFS' SECOND AMEND COMPL.
C 09-03043 JF