COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
PETER M. COLOSI (252951)
(pcolosi@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK PPC Advertising Litigation,<br><br>This Document relates To:<br>　　　All Actions. | Master File Case No.  C 09-03043 JF<br><br>**JOINT STIPULATION EXTENDING TIME ON MOTIONS RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pursuant to L.R. 6-2, counsel for defendant Facebook, Inc. ("Facebook") and lead trial counsel for Plaintiffs stipulate as follows:

WHEREAS, the deadline for Plaintiffs to file their Motion for Class Certification is currently July 15, 2011;

WHEREAS, the parties have been diligently conducting discovery related to the Motion for Class Certification and other issues;

WHEREAS, Plaintiffs believe additional time is needed to conduct further discovery prior to Plaintiffs filing their Motion for Class Certification, including taking additional depositions;

WHEREAS, Facebook has agreed to join in this Stipulation in exchange for Plaintiffs'

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1223816 v1/SF

1.

STIPULATION EXTENDING TIME ON MTNS
RELATED TO PLTFS' MTN FOR CLASS CERT
C 09-03043 JF

agreement to certain discovery limitations as set forth in the June 14, 2011 letter agreement among counsel for Facebook and Plaintiffs;

WHEREAS, there have been no previous time modifications, whether by stipulation or Court Order;

WHEREAS, the below time modification will not impact any other dates previously set by the Court;

WHEREAS, pursuant to such agreement, Plaintiffs and Facebook hereby seek an Order from the Court to extend the time for Plaintiffs to file their Motion for Class Certification and to set the class certification briefing schedule as specified below in order to facilitate the completion of certain discovery among the parties and the exchange of expert reports;

Now, therefore, Plaintiffs and Facebook stipulate and respectfully request that the Court order as follows:

1. Plaintiffs shall have up to and including September 2, 2011 to file their Motion for Class Certification and any accompanying Expert Reports.

2. Facebook shall have up to and including October 14, 2011 to file its Opposition to Plaintiffs' Motion for Class Certification and any accompanying Expert Reports.

3. Plaintiffs shall have up to and including November 11, 2011 to file their Reply to Facebook's Opposition.

4. The time periods above include the time period to depose all experts and both parties will take reasonable efforts to make their respective experts available for deposition within one week of the filing of that expert's report.

**IT IS SO STIPULATED.**

Cooley LLP
Attorneys At Law
San Francisco

2.

Stipulation Extending Time On Mtns
Related to Pltfs' Mtn for Class Cert
C 09-03043 JF

1

Dated: June 15, 2011                          COOLEY LLP
                                              MICHAEL G. RHODES (116127)
2                                             WHITTY SOMVICHIAN (194463)
                                              PETER M. COLOSI (252951)
3

4                                             BY:  /s/ Whitty Somvichian
                                                   WHITTY SOMVICHIAN
5

6                                             Attorneys for Defendant
                                              FACEBOOK, INC.
7

8

Dated: June 15, 2011                          SEEGER WEISS LLP
9

                                              BY:  /s/ Jonathan Shub
10                                                 JONATHAN SHUB

11                                              Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION EXTENDING TIME ON MTNS
RELATED TO PLTFS' MTN FOR CLASS CERT
C 09-03043 JF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION:**

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: June 15, 2011

BY:  /s/ Whitty Somvichian
     Whitty Somvichian (194463)

IT IS SO ORDERED,

Dated: ___6/20/11_____

BY: _____
     The Hon. Jeremy Fogel
     United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION EXTENDING TIME ON MTNS
RELATED TO PLTFS' MTN FOR CLASS CERT
C 09-03043 JF

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California.  I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action.  My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California  94111-5800.  My email address is: pmoyes@cooley.com.  On the date set forth below I served the documents described below in the manner described below:

- **Joint Stipulation Extending Time On Motions Related to Plaintiffs' Motion for Class Certification**

on the following parties in this action:

   ☒   (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following parties in this action:

| | |
|---|---|
| TerriAnne Benedetto<br>**SEEGER WEISS LLP**<br>1515 Market Street, Ste. 1380<br>Philadelphia, PA 19102 | Richard L. Kellner<br>**KABATECK KELLNER LLP**<br>Engine Company #28 Building<br>644 South Figureroa Street<br>Los Angeles, CA 90017 |
| Jeffrey Leon<br>**FREED & WEISS LLC**<br>111 W. Washington Street<br>Suite 1331<br>Chicago, IL 60602 | Harvey Kesner<br>61 Broadway, 32nd Floor<br>New York, NY 10006 |

Executed on June 15, 2011, at San Francisco, California.

_____
Patricia Moyes

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

STIPULATION EXTENDING TIME ON MTNS
RELATED TO PLTFS' MTN FOR CLASS CERT
C 09-03043 JF

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California.  I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action.  My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California  94111-5800.  My email address is: pmoyes@cooley.com.  On the date set forth below I served the documents described below in the manner described below:

- **Joint Stipulation Extending Time On Motions Related to Plaintiffs' Motion for Class Certification**

on the following parties in this action:

☒     (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following parties in this action:

| | |
|---|---|
| TerriAnne Benedetto<br>**SEEGER WEISS LLP**<br>1515 Market Street, Ste. 1380<br>Philadelphia, PA 19102 | Richard L. Kellner<br>**KABATECK KELLNER LLP**<br>Engine Company #28 Building<br>644 South Figueroa Street<br>Los Angeles, CA 90017 |
| Jeffrey Leon<br>**FREED & WEISS LLC**<br>111 W. Washington Street<br>Suite 1331<br>Chicago, IL 60602 | Harvey Kesner<br>61 Broadway, 32nd Floor<br>New York, NY 10006 |

Executed on June 15, 2011, at San Francisco, California.

_Patricia Moyes_
Patricia Moyes

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO