\*\*E-Filed 7/13/2011\*\*

1  Jonathan Shub (SBN 237708)
   jshub@seegerweiss.com
2  **SEEGER WEISS LLP**
   1515 Market Street, Suite 1380
3  Philadelphia, PA 19102
   Telephone: (215) 564-2300
4  Facsimile: (215) 851-8029

5
   Rosemary M. Rivas (SBN 209147)           J. Paul Gignac (SBN 125676)
6  rrivas@finkelsteinthompson.com           j.paul@aogllp.com
   **FINKELSTEIN THOMPSON LLP**             **ARIAS OZZELLO & GIGNAC LLP**
7  100 Bush Street, Suite 1450              4050 Calle Real, Suite 130
   San Francisco, California 94104          Santa Barbara, California 93110
8  Telephone: (415) 398-8700                Telephone: (805) 683-7400
   Facsimile: (415) 398-8704                Facsimile:  (805) 683-7401
9

10 *Interim Co-Lead Class Counsel*           *Interim Liaison Class Counsel*

11 Michael G. Rhodes (SBN 116127)
   rhodesmg@cooley.com
12 Whitty Somvichian (SBN 194463)
   wsomvician@cooley.com
13 Peter M. Colosi (SBN 252951)
   pcolosi@cooley.com
14 **COOLEY LLP**
15 101 California Street, 5th Floor
   San Francisco, CA 94111-5800
16 Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
17

18 *Attorneys for Facebook, Inc.*

19
20                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
21                           **SAN JOSE DIVISION**

22
                                              Master File No. C 09-03043 JF
23  **IN RE FACEBOOK PPC ADVERTISING
    LITIGATION**                               **STIPULATION AND [PROPOSED]**
24                                             **ORDER REGARDING CASE**
    **This Document Relates To:**              **MANAGEMENT CONFERENCE**
25
          **All Actions.**
26
27

1 | Pursuant to L.R. 6-1, lead trial counsel for Plaintiffs and counsel for Defendant Facebook, Inc. ("Facebook") stipulate as follows:

WHEREAS, this Court scheduled a Case Management Conference for July 15, 2011 for purposes of discussing the class certification filing deadline of July 18, 2011;

WHEREAS, the parties submitted a stipulation, which this Court approved, continuing the deadline for Plaintiffs to file a motion for class certification from July 18, 2011 to September 2, 2011;

WHEREAS, the parties therefore wish to continue the July 15, 2011 Case Management Conference to the date set for hearing on Plaintiffs' motion for Class Certification;

Now, therefore, Plaintiffs and Facebook stipulate and respectfully request that the Court order as follows:

1. The Case Management Conference currently set for July 15, 2011 is taken off calendar. The Case Management Conference is hereby continued to the date set for hearing on Plaintiffs' anticipated Motion for Class Certification.

IT IS SO STIPULATED.

DATED:  July 8, 2011              Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

By: */s/ Rosemary M. Rivas*
    Rosemary M. Rivas

*Attorney for Plaintiffs*

DATED: July 8, 2011              **COOLEY LLP**
Michael G. Rhodes (SBN 116127)
Whitty Somvichian (SBN 194463)
Peter M. Colosi (SBN 252951)

By: */s/ Whitty Somvichian*
    Whitty Somvichian

*Attorney for Defendant, Facebook, Inc.*

I, Rosemary M. Rivas, am the ECF User whose identification and password are being used to file the foregoing Stipulation Regarding Case Management Conference. I hereby attest that Whitty Somvichian has concurred in this filing.

DATED: July 8, 2011                                  **FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas

*Attorney for Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing, the Court hereby orders as follows:

(a)   The Case Management Conference currently set for July 15, 2011 is taken off calendar. The Case Management Conference is hereby continued to the date set for hearing on Plaintiffs' anticipated Motion for Class Certification.

**IT IS SO ORDERED.**

DATED: July 13, 2011                                 _____
The Honorable Jeremy Fogel
United States District Judge