COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re FACEBOOK PPC Advertising Litigation,<br><br>This Document relates To:<br>    All Actions. | Master File Case No.  C 09-03043 PJH<br><br>**JOINT STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND [P~~ROPOSED~~] ORDER**<br><br>Judge:       Hon. Phyllis J. Hamilton<br>Courtroom:  3, 3rd Floor |

   Pursuant to L.R. 6-2, Plaintiffs Steven Price and Nathan Fox (collectively, "Plaintiffs") and Defendant Facebook, Inc. ("Facebook") stipulate as follows:

   Whereas Plaintiffs and Defendant agreed to the original briefing schedule for Plaintiffs' Motion for Class Certification on the basis that the parties would conduct expert depositions prior to the filing of Defendant's opposition to Plaintiffs' motion; and

   Whereas the parties have been unable to schedule the deposition of Plaintiffs' expert Bernard J. Jansen until the third week of October 2011; and

   Whereas, no hearing date has been set for Plaintiffs' Motion for Class Certification;

   Therefore, Plaintiffs and Defendant have conferred and agreed to an extension of the briefing schedule for Facebook's opposition to Plaintiffs' Motion For Class Certification and

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1236723 v1/SF     1.     JOINT STIP TO EXTEND BRIEFING SCHEDULE FOR
MOT FOR CLASS CERT
C 09-03043 PJH

1  Plaintiffs' reply to Facebook's opposition, and stipulate and agree to the following:

2      1.    That Facebook's deadline for filing its opposition to Plaintiffs' Motion for Class

3  Certification is extended ten days, from October 14, 2011 to October 24, 2011; and

4      2.    That Plaintiffs' deadline to file its reply in support of its motion is extended ten

5  days, from November 11, 2011 to November 21, 2011.

6  **IT IS SO STIPULATED.**

8  Dated: September 29, 2011      COOLEY LLP
    MICHAEL G. RHODES
9       WHITTY SOMVICHIAN

11      /s/ Whitty Somvichian
     Whitty Somvichian
12      Attorneys for Defendant
     FACEBOOK, INC.

14 Dated: September 29, 2011      SEEGER WEISS LLP

16      /s/ Jonathan Shub
     Jonathan Shub
17      Attorneys for Plaintiffs
     STEVEN PRICE and NATHAN FOX

20 Dated: September 29, 2011      FREED & WEISS LLC

22      /s/ Julie Miller
     Julie Miller
23      Attorneys for Plaintiffs
     STEVEN PRICE and NATHAN FOX

**FILER'S ATTESTATION:**

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 29, 2011

BY: /s/ Matthew M. Brown
Matthew M. Brown

**IT IS SO ORDERED.**

**Dated:** 10/3/11

THE HON. PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1236723 v1/SF

3.

JOINT STIP TO EXTEND BRIEFING SCHEDULE FOR
MOT FOR CLASS CERT AND [PROPOSED] ORDER
C 09-03043 PJH

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. My email address is: dfoster@cooley.com. On the date set forth below I served the documents described below in the manner described below:

- **JOINT STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND [PROPOSED] ORDER**

on the following parties in this action:

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following parties in this action:

TerriAnne Benedetto
**SEEGER WEISS LLP**
1515 Market Street, Ste. 1380
Philadelphia, PA 19102

Richard L. Kellner
**KABATECK KELLNER LLP**
Engine Company #28 Building
644 South Figueroa Street
Los Angeles, CA 90017

Jeffrey Leon
**FREED & WEISS LLC**
111 W. Washington Street
Suite 1331
Chicago, IL 60602

Harvey Kesner
61 Broadway, 32nd Floor
New York, NY 10006

Executed on September 29, 2011, at San Francisco, California.

_Debra Foster_
Debra Foster