| | |
|---|---|
| 1 | Jonathan Shub (SBN 237708) |
|   | jshub@seegerweiss.com |
| 2 | **SEEGER WEISS LLP** |
|   | 1515 Market Street, Suite 1380 |
| 3 | Philadelphia, PA 19102 |
|   | Telephone: (215) 564-2300 |
| 4 | Facsimile: (215) 851-8029 |
| 5 | *Interim Co-Lead Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re FACEBOOK PPC Advertising Litigation, | CASE NO. 4:09-CV-03043 PJH |
| This Document relates To:  All Actions. | **JOINT STIPULATION RESCHEDULING HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pursuant to L.R. 6-2, lead trial counsel for Plaintiffs and counsel for defendant Facebook, Inc. ("Facebook") agree and stipulate as follows:

Whereas, on January 4, 2012, the Court set a hearing on Plaintiffs' Motion for Class Certification ("Plaintiffs' Motion) for February 22, 2012 at 9:00 a.m. [Dkt. No.236];

Whereas, Jonathan Shub, lead trial counsel and interim co-lead class counsel, will be presenting argument on behalf of Plaintiffs;

Whereas, Mr. Shub has a pre-paid family vacation planned from February 15, 2012 to February 22, 2012 and thus is unavailable on the date set by the Court for the hearing;

Whereas, Facebook has agreed to join in this Stipulation;

Whereas, there have been no previous time modifications regarding the hearing on

1  Plaintiffs' Motion, whether by stipulation or Court Order;

2  Whereas, the below date change for the hearing on Plaintiffs' Motion will not impact any
3  other dates previously set by the Court;

4  Now, therefore, Plaintiffs and Facebook stipulate and respectfully request that the Court
5  order as follows:

6  The Hearing on Plaintiffs' Motion for Class Certification currently scheduled for February
7  23, 2012 at 9:00 a.m. is rescheduled to March 7, 2012 at 9:00 a.m.

9  **IT IS SO STIPULATED.**

11
12  Dated: January 9, 2012              SEEGER WEISS LLP

13                                      BY:  /s/ Jonathan Shub
14                                          JONATHAN SHUB (237708)

                                        Attorneys for Plaintiffs

17  Dated: January 9, 2012              COOLEY LLP
                                        MICHAEL G. RHODES (116127)
18                                      WHITTY SOMVICHIAN (194463)
                                        PETER M. COLOSI (252951)
19

20                                      BY:  /s/ Whitty Somvichian
                                            WHITTY SOMVICHIAN
21

22                                      Attorneys for Defendant
                                        FACEBOOK, INC.

**FILER'S ATTESTATION:**

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 7, 2012

BY: /s/ Jonathan Shub
Jonathan Shub (237708)

IT IS SO ORDERED,

Dated: 1/18/12

BY: _____
The Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*