Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300/ Facsimile: (215) 851-8029

Rosemary M. Rivas (SBN 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700/Facsimile: (415) 398-8704

*Interim Co-Lead Class Counsel*

Guido Saveri (SBN 22349)
guido@saveri.com
R. Alexander Saveri (SBN 173102)
rick@saveri.com
Cadio Zipoli (SBN 179108)
cadio@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6817

*Attorneys for Plaintiffs*

Michael G. Rhodes (SBN 116127(
rhodesmg@cooley.com
Whitty Somvichian (SBN 194463)
wsomvichian@cooley.com
Peter Colosi (SBN 252951)
pcolosi@cooley.com
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Facebook, Inc.*

[Additional Plaintiffs' Counsel listed in Signature Block]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **IN RE FACEBOOK PPC ADVERTISING LITIGATION** | Master File Case No. 09-3043 PJH |
| | **JOINT REQUEST AND [~~PROPOSED~~] ORDER TO PERMIT EQUIPMENT IN THE COURTROOM** |
| **This Document Relates To:**<br>    **All Actions** | Hearing Date:   March 7, 2012<br>Time:               9:00 a.m.<br>Judge:             Honorable Phyllis J. Hamilton<br>Courtroom:     3, 3rd Floor |

1    Plaintiffs and Defendant intend to prepare electronic slide presentations for potential use as

2 needed at the hearing on Plaintiffs' Motion for Class Certification to be heard before the Court on March

3 7, 2012.   The parties jointly and respectfully submit this request for an order permitting them to each

4 bring into the courtroom on that date the following equipment necessary for the presentation:

5    • One large projection screen

6    • One projector

7    • Laptop computers

8    • Extension cords

9    • One small folding table (for the projector)

10 DATED: February 9, 2012

11  Respectfully submitted,

12
   By: /s/ Jonathan Shub                          By: /s/ Whitty Somvichian
13        Jonathan Shub                                 Whitty Somvichian

14 **SEEGER WEISS LLP**                         **COOLEY LLP**
15 1515 Market Street, Suite 1380               101 California Street, 5th Floor
   Philadelphia, Pennsylvania 19102             San Francisco, California 94111
16 Telephone: 215-564-2300                      Telephone: (415) 693-2000
   Facsimile:  215-851-8029                     Facsimile: (415) 693-2222
17
18 *Interim Co-Lead Class Counsel*              *Counsel for Defendant*

19 J. Paul Gignac
20 **ARIAS OZZELLO & GIGNAC LLP**
   115 S. La Cumbre, Suite 300
21 Santa Barbara, California 93105
   Telephone: (805) 683-7400
22 Facsimile: (805) 683-7401

23 *Interim Liaison Counsel*
24
   Guido Saveri
25 R. Alexander Saveri
   Cadio Zipoli
26 **SAVERI & SAVERI, INC.**
   706 Sansome Street
27 San Francisco, California 94111
   Telephone: (415) 217-6810
28  Facsimile: (415) 217-6817

1

REQUEST AND [PROPOSED] ORDER TO PERMIT EQUIPMENT IN THE COURTROOM
CASE NO. 09-3043 PJH

Mila F. Bartos
Stan Doerrer
**FINKELSTEIN THOMPSON LLP**
1077 30th Street, N.W.
Suite 150
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Jeffrey Leon
Julie Miller
**FREED & WEISS LLC**
111 West Washington Street, Suite 1311
Chicago, IL 60602
Telephone: (312) 220-0000
Facsimile: (312) 220-7777

Steven Berk
Gouri Bhat
**BERK LAW PLLC**
2002 Massachusetts Ave. NW, Suite 100
Washington, D.C. 20036
Telephone: (202) 232-7500
Facsimile: (202) 232-7566

Gordon M. Fauth, Jr.
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alamada, CA 94501
Telephone: (510) 238-9610
Facsimile: (510) 337-1431

Brian S. Kabateck
**KABATECK BROWN KELLNER LLP**
664 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Melissa Meeker Harnett
**WASSERMAN, COMDEN &
CASSLEMAN, LLP**
5567 Reseda Boulevard, Suite 330
Tarzana, CA 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266

2

Benjamin G. Edelman
**LAW OFFICES OF BENJAMIN EDELMAN**
27A Linnaean Street
Cambridge, MA 02138
Telephone: (617) 359-3360

*Additional Counsel for Plaintiffs*

**PURSUANT TO THE REQUEST, IT IS SO ORDERED.**

Dated:  2/13/12 _____



_____
The Honorable Phyllis J. Hamilton
United States

IT IS SO ORDERED

Judge Phyllis J. Hamilton

3

REQUEST AND [PROPOSED] ORDER TO PERMIT EQUIPMENT IN THE COURTROOM
CASE NO. 09-3043 PJH