1   COOLEY LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2   WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
    PETER M. COLOSI (252951) (pcolosi@cooley.com)
3   MATTHEW M. BROWN (264817) (mmbrown@cooley.com)
    101 California Street, 5th Floor
4   San Francisco, CA 94111-5800
    Telephone:   (415) 693-2000
5   Facsimile:   (415) 693-2222

6   Attorneys for Defendant
    FACEBOOK, INC., a Delaware corporation
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12  | In re FACEBOOK PPC Advertising | Master File Case No. C 09-03043 PJH |
13  | Litigation, | |
    | | **DECLARATION OF PETER M. COLOSI** |
14  | | **IN SUPPORT OF FACEBOOK, INC.'S** |
    | This Document relates To: | **OPPOSITION TO PLAINTIFFS' MOTION FOR** |
15  | | **CLASS CERTIFICATION** |
    | All Actions. | |
16

17

18          I, Peter M. Colosi, declare as follows:

19          1.      I am an attorney with Cooley LLP, counsel to Facebook, Inc. ("Facebook") in the

20  above referenced matter.  I make this declaration in support of Facebook's Opposition to

21  Plaintiffs' Motion for Class Certification ("Opposition").  I am an active member in good

22  standing of the California State Bar. I have personal knowledge, except as otherwise noted, of the

23  facts stated herein and if called as a witness, could and would competently testify thereto.

24          2.      Attached hereto as EXHIBIT A is a true and correct copy of the Declaration of

25  Robert Kang-Xing Jin, a Facebook Engineer, In Support Of Facebook's Opposition to Plaintiffs'

26  Motion for Class Certification.

27          3.      Attached hereto as EXHIBIT B is a true and correct copy of the Declaration of

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1240813 v1/SF                                    1.                    COLOSI DECL. ISO OF FACEBOOK'S
                                                                      OPP. TO MOTION FOR CLASS CERT
                                                                                  C 09-03043 PJH

1  John McKeeman, a Facebook Advertising Operations Manager, In Support Of Facebook's

2  Opposition to Plaintiffs' Motion for Class Certification.

3      4.    To date, Facebook has produced over 200,000 pages of documents and emails.

4  Included in this is: (i) over 78,000 pages (representing over 16,000 emails and attachments)

5  coming exclusively from the engineers responsible for implementing and updating Facebook's

6  filtering system; (ii) over 4,000 pages of internal Facebook documentation relating to the precise

7  technical details of the filter system, including all 214 past versions of an internal Facebook

8  document detailing the then-current state of the filtering system (termed the "wiki") and

9  comparisons between each version of the wiki and the previous version; and (iii) over 25,000

10  pages of correspondence between Facebook and more than 5,000 advertisers relating to advertiser

11  inquiries regarding, among other things, questions on which clicks they have been billed for.

12      5.    After Steven Price's April 13, 2011 deposition, Price's counsel forwarded to

13  Facebook several reports from Price's Google Analytics and StatCounter programs which had

14  been discussed at the deposition.  Over the next several months, Facebook repeatedly requested

15  Price's server logs, which had also been discussed at the deposition.  After several apparent

16  hardware problems were addressed, Price's counsel informed Facebook that "it is doubtful that

17  [Price] will be able to segregate out the server log information that is specific to the Drive Down

18  Prices ads run on Facebook from other non-Facebook related data that is also on the server logs."

19  When pressed, Price's counsel admitted that "there does not appear to be a way to [separate out

20  traffic to his other business from traffic to drivedownprices.com] within [the] system."  Attached

21  as **EXHIBIT C** is a true and correct copy of the referenced correspondence.

22      6.    In RootZoo's initial complaint, RootZoo alleged that "[d]uring the period

23  November 2007 to early June 2008, Plaintiff contracted with Facebook for PPC advertisements."

24  (*See* Dkt. No. 1 at ¶ 35, filed July 7, 2009.)

25   

26   

27   

28      7.    Plaintiffs' Second Amended Complaint attaches screen shots of various Help

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1240813 v1/SF

2.

COLOSI DECL. ISO OF FACEBOOK'S
OPP. TO MOTION FOR CLASS CERT
C 09-03043 PJH

Center pages Plaintiffs claim to have reviewed and relied upon when they contracted for advertising with Facebook. (*See* Second Amended Consolidated Class Action Complaint, Docket No. 101, filed September 24, 2010 ("SAC") at ¶¶ 35, 36, 37, 52, 56, 66, 76, and 95 and Exhs. B, C, and D.)   Specifically, the SAC claims that "[p]rior to contracting with Facebook for advertising, RootZoo reviewed and relied on the statements set forth on Facebook's website regarding its advertising services" and cites SAC "Exhibits B-D." (SAC at ¶ 56.)

8.   On November 17, 2010, Facebook produced a 53-page document detailing the ███████████████████████████████████████████████████████████ a true and correct copy of which is attached hereto as **EXHIBIT E**.[1]  According to this document, each SAC exhibit RootZoo claimed it reviewed prior to advertising with Facebook was not actually available on facebook.com███████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████████████████

9.   On December 15, 2010, Judge Fogel granted Facebook's Motion to Dismiss portions of Plaintiffs' Second Amended Complaint (*See* Order Granting Motion to Dismiss Second Amended Consolidated Class Action Complaint, Docket No. 135, filed December 15, 2010 ("Order")). In so doing, the Court gave Plaintiffs thirty days to amend their complaint. (*Id.* at 15:7-9.)  On January 17, 2011, Plaintiffs' counsel emailed counsel for Facebook informing Facebook "that Plaintiffs will not be amending their complaint" and that Facebook should proceed to answer only "Counts One [UCL claim for invalid clicks], Three [breach of contract claim for invalid clicks] and Four [declaratory judgment]." Plaintiffs' counsel specifically did not ask Facebook to answer, and Facebook did not answer, Count Two, the UCL claim for fraudulent clicks. Attached as **EXHIBIT G** is a true and correct copy of the referenced correspondence.

---

[1] This document has been authenticated by Facebook 30(b)(6) witness Jordan Blackthorne. (*See* Blackthorne Dep. Tr., Nov. 17, 2010, at 105:20-2█████████████████████████████ ████████████, a true and correct copy of which is attached hereto as **EXHIBIT F**.)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1240813 v1/SF

3.

COLOSI DECL. ISO OF FACEBOOK'S
OPP. TO MOTION FOR CLASS CERT
C 09-03043 PJH

10.     Facebook has served multiple discovery requests seeking the precise number of invalid clicks Plaintiffs believe they were improperly charged for, the amount of any alleged overcharges, and the factual basis underlying this belief. Plaintiffs have, at three different points, refused to answer such questions by proffering the same form objections that these interrogatories "prematurely seek[] expert discovery" and/or that each is a "premature contention interrogatory." (*See* Plaintiff Steven Price's November 17, 2010 Objections and Responses to Defendant Facebook, Inc.'s First Set of Interrogatories at 2:5; 3:17-18; 8:11-13; 8:23-25; 9:9-10; 10:7-9; 11:23-24; 13:4; and 14:12-13, a true and correct copy of which is attached hereto as **EXHIBIT H**; Plaintiffs' May 6, 2011 Supplemental Objections and Responses to Defendant Facebook, Inc.'s First Set of Interrogatories at 2:7-8; 3:21-23; 4:24; and 5:4, a true and correct copy of which is attached hereto as **EXHIBIT I**; and Plaintiffs' August 11, 2011 Objections and Responses to Defendant Facebook, Inc.'s Second Set of Interrogatories at 3:11-17, 4:22-5:1, 6:3-8, 7:7-12, 8:16-22, and 9:18-24, a true and correct copy of which is attached hereto as **EXHIBIT J**.)

11.     Much of Facebook's production to date was completed by the time Plaintiffs served their August 11, 2011 Objections and Responses. In fact, by August 1, 2011, Facebook had produced just over 183,000 pages of documents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of October, 2011 in San Francisco, California.

_/s/ Peter M. Colosi_____
Peter M. Colosi

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 24, 2011                    Respectfully submitted,

_/s/ Whitty Somvichian____
Whitty Somvichian
Counsel for Facebook, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1240813 v1/SF

4.

COLOSI DECL. ISO OF FACEBOOK'S
OPP. TO MOTION FOR CLASS CERT
C 09-03043 PJH