# Exhibit A

Case4:09-cv-03043-PJH Document256-2 Filed03/20/12 Page2 of 6

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
PETER M. COLOSI (252951) (pcolosi@cooley.com)
MATTHEW M. BROWN (264817) (mmbrown@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re FACEBOOK PPC Advertising Litigation,<br><br>This Document relates To:<br>All Actions. | Master File Case No. C 09-03043 PJH<br><br>**DECLARATION OF ROBERT KANG-XING JIN IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Robert Kang-Xing Jin, declare as follows:

1. I am a Director of Engineering at Facebook, Inc. ("Facebook"). I am familiar with Facebook's internal decision-making process and strategies related to Pay-Per-Click ("PPC") advertising, including the development of Facebook's advertising platform, some of Facebook's "click filters" and methods for identifying clicks that are not billed to advertisers, and some of the methods by which Facebook attempts to help advertisers realize value from their advertisements. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.

[redacted]

2. [redacted]

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1240820 v1/SF

1.

JIN DECL. ISO OF FACEBOOK'S
OPP. TO MOTION FOR CLASS CERT
C 09-03043 PJH

███████████████████████████

███ This has been the case throughout the class period (which I understand commences in May 2009) and even earlier. ██████████

████████████

3. ████████████

4. ████████████

### Facebook's Click Filters

5. Facebook also utilizes automated systems (known as "click filters") that are designed to detect certain types of clicks and prevent them from being charged to its PPC advertisers. ████████████

6. ████████████

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1240820 v1/SF

2.

JIN DECL. ISO OF FACEBOOK'S
OPP. TO MOTION FOR CLASS CERT
C 09-03043 PJH

Case4:09-cv-03043-PJH Document256-2 Filed03/20/12 Page4 of 6

[redacted]

7. [redacted]

Notably, the user clicking on the advertisements in these circumstances is still directed to the designated landing page for each advertisement even if the click filter is applied, meaning the advertiser is charged nothing for the benefits that may result from any clicks that are filtered. [redacted]

8. [redacted]

**Methods By Which Facebook Addresses Click-Related Issues**

9. [redacted]

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1240820 v1/SF

3.

JIN DECL. ISO OF FACEBOOK'S
OPP. TO MOTION FOR CLASS CERT
C 09-03043 PJH



Case4:09-cv-03043-PJH Document256-2 Filed03/20/12 Page5 of 6

10.

11.

12.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1240820 v1/SF

4.

JIN DECL. ISO OF FACEBOOK'S
OPP. TO MOTION FOR CLASS CERT
C 09-03043 PJH

[REDACTED]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of October, 2011 in Palo Alto, California.

/s/ Robert Kang-Xing Jin
Robert Kang-Xing Jin

**Filer's Attestation**: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 24, 2011

Respectfully submitted,

/s/ Whitty Somvichian
Whitty Somvichian
Counsel for Facebook, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1240820 v1/SF

5.

JIN DECL. ISO OF FACEBOOK'S
OPP. TO MOTION FOR CLASS CERT
C 09-03043 PJH