# Exhibit C

| | |
|---|---|
| **From:** | J. Paul Gignac [j.paul@aogllp.com] |
| **Sent:** | Friday, August 12, 2011 5:44 PM |
| **To:** | Colosi, Peter; Shub, Jonathan |
| **Cc:** | Somvichian, Whitty |
| **Subject:** | RE: Price Documents |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I am told that there does not appear to be a way to do it within Mr. Price's system. However, I am far from being an expert on these types of issues. So, if you have a contrary belief or a suggestion as to how to work around this issue, I am open to hearing about it.

Thanks.

---

**From:** Colosi, Peter [mailto:pcolosi@cooley.com]
**Sent:** Thursday, August 11, 2011 4:06 PM
**To:** J. Paul Gignac; Shub, Jonathan
**Cc:** Somvichian, Whitty
**Subject:** RE: Price Documents

And your maintaining that there is no way to separate out traffic to his other business from traffic to drivedownprices.com, which he testified was created for Facebook and ended when he stopped advertising on Facebook?

---

**From:** J. Paul Gignac [mailto:j.paul@aogllp.com]
**Sent:** Thursday, August 11, 2011 3:19 PM
**To:** Colosi, Peter; Shub, Jonathan
**Cc:** Somvichian, Whitty
**Subject:** RE: Price Documents

Peter

There are other businesses with which he was involved and for which information will appear on the same server logs.

---

**From:** Colosi, Peter [mailto:pcolosi@cooley.com]
**Sent:** Thursday, August 11, 2011 11:58 AM
**To:** J. Paul Gignac; Shub, Jonathan
**Cc:** Somvichian, Whitty
**Subject:** RE: Price Documents

J. Paul,

What other "non-Facebook related data" would be on the server logs? As you know, your client testified that he never ran ads on any other platform for his "drivedownprices.com" website and that, it seems, that website only existed as long as he was advertising for it on Facebook.

Peter

---

**From:** J. Paul Gignac [mailto:j.paul@aogllp.com]
**Sent:** Monday, August 08, 2011 1:21 PM

1

**To:** Somvichian, Whitty
**Cc:** Shub, Jonathan
**Subject:** RE: Price Documents

Whitty:

Both Jon and I spoke to Mr. Price today.

First, I need to correct my prior email to a limited extent. Apparently, there are still some part issues that Mr. Price is encountering with the servers that are preventing him from accessing the server log information that you have requested.

Second, once he is able to access the data, it is doubtful that he will be able to segregate out the server log information that is specific to the Drive Down Prices ads run on Facebook from other non-Facebook related data that is also on the server logs. Jon and I have discussed this issue and agree that Mr. Price should not be required to provide server log information that is unrelated to his Facebook ads. If you have a possible solution to this issue, please let Jon and I know.

Thanks.

J. Paul

---

**From:** Somvichian, Whitty [mailto:wsomvichian@cooley.com]
**Sent:** Tuesday, August 02, 2011 11:49 AM
**To:** J. Paul Gignac
**Cc:** Shub, Jonathan
**Subject:** RE: Price Documents

J. Paul:
Checking in on this again.
Please let me know status.
Thanks.

---

**From:** J. Paul Gignac [mailto:j.paul@aogllp.com]
**Sent:** Monday, July 18, 2011 4:55 PM
**To:** Somvichian, Whitty
**Cc:** Shub, Jonathan
**Subject:** RE: Price Documents

Whitty:

Here is the update. Mr. Price has installed the parts and has the server(s) up and running. However, there is an issue related to separating out the server logs that are specific to the Drive Down Prices ads run on Facebook from other non-Facebook related data that is also on the server logs. Jon and I will be discussing how to handle this, and I will let you know what we conclude.

Thanks for your patience. I know this has taken longer than anticipated.

J. Paul

---

**From:** Somvichian, Whitty [mailto:wsomvichian@cooley.com]
**Sent:** Monday, July 18, 2011 9:22 AM
**To:** J. Paul Gignac
**Subject:** RE: Price Documents

J. Paul:
Please let me know where this stands.

2

**From:** J. Paul Gignac [mailto:j.paul@aogllp.com]
**Sent:** Wednesday, June 22, 2011 3:26 PM
**To:** Somvichian, Whitty
**Cc:** Shub, Jonathan
**Subject:** RE: Price Documents

Whitty

Mr. Price was not able to get the servers to boot. So, he has ordered some parts that should be arriving in 7-10 days. Hopefully, that will solve the problem.

I will keep you posted.

J. Paul

**From:** Somvichian, Whitty [mailto:wsomvichian@cooley.com]
**Sent:** Sunday, June 19, 2011 5:48 PM
**To:** J. Paul Gignac
**Subject:** RE: Price Documents

Can you please let me know status? Thanks

**From:** J. Paul Gignac [mailto:j.paul@aogllp.com]
**Sent:** Friday, June 10, 2011 5:15 PM
**To:** Somvichian, Whitty
**Subject:** RE: Price Documents

Yes. He is working on that as well. The servers have been down for more than a year so it is apparently a bit of a process to get them up and going again.

**From:** Somvichian, Whitty [mailto:wsomvichian@cooley.com]
**Sent:** Friday, June 10, 2011 3:52 PM
**To:** J. Paul Gignac
**Subject:** RE: Price Documents

Thank you.

Can you let me know the status of finding out the status of the server logs?

**From:** J. Paul Gignac [mailto:j.paul@aogllp.com]
**Sent:** Friday, June 10, 2011 3:32 PM
**To:** Somvichian, Whitty
**Cc:** Shub, Jonathan; Rosemary M. Rivas; Helen Kim
**Subject:** Price Documents

Whitty

Attached are the reports that Mr. Price was able to retrieve from his accounts with Google Analytics and StatCounter. I am sending them to you in electronic format. We will send you hard copies that are Bates stamped as well.

J. Paul

3

**From:** Steven Price [mailto:steven@e-responses.net]
**Sent:** Thursday, June 09, 2011 10:56 PM
**To:** J. Paul Gignac
**Subject:** Facebook requested reports after the depo

J. Paul

I identified 4 date ranges and here is the unfiltered reports requested.

Regards,

Steven

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distrbution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distrbution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distrbution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distrbution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distrbution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.