# Exhibit D

Ads **Home Profile Tools** Cortana **Wiki** Discussions QuikVote Org Office Status Data Google Docs
+                    Logged in as Jeannie Farren Logout    | Ads Wildcard Search |

**Ads Console    Ad Review Tool    Account Ban    Mass Ban**

## Facebook | Account Info

Logged in as **Jeannie Farren (601262763)**

Unreviewed: 405 | Assigned: 38 | Cumulative Lag Time: 5d 12h 41m | Oldest in Queue: 07/30/2009 15:15:35 (49m)

| User/Campaign/Adgroup/Ad ID/Email: | | Submit |
|---|---|---|
| Account ID: | | Submit |

Ads Console > User 800283 > Account 19724580 [prod]

**Show all ads**

| | |
|---|---|
| **User Name:** | Jesse Boskoff |
| | [Credit Cards] [Transactions] [Coupons] [CS] [FIT] [Export ads] [Import ads] |
| **User Accounts:** | 19724580 (USD) |
| **Account Status:** | Disabled |
| **Account Whitelisted:** | ○ Yes |
| | ● No |
| **Account Channel:** | ● Self Service |
| | ○ Inside Sales |
| **Account Currency:** | USD |
| **Account Daily Budget:** | 500.00 (enter 0 to reset to default) |
| **User E-mail:** | jesse.boskoff@gmail.com |
| **User Verified:** | yes |
| **User Gray:** | no |
| **User Since:** | Thu, 25 Mar 2004 14:28:02 -0800 (1953 days ago) |

**Update**



**The Best Sports Site**

Talk sports, earn points, win prizes!

http://www.rootzoo.com/users/register/

## Adgroup Info
[Re-review Adgroup] [Dirty Adgroup]

| | |
|---|---|
| **Adgroup Id:** | 6002200783648 |
| **Campaign Id:** | 6002200631048 [export] |
| **Copy source:** | None |
| **Ad Demo:** | 669980604a |
| **Status:** | Paused (Adgroup) |
| **Phishing risk:** | Data Unavailable |
| **Create Time:** | Wed, 28 Nov 2007 10:26:58 -0800 (878678 minutes ago) |
| **Targeting:** | • who live in the United States<br>• age 18 and older<br>• who are male |

CONFIDENTIAL                                                                          FBCPC 000001

- who like baseball, basketball, boxing, chicago cubs, college basketball, college football, college sports, cowboys, cubs, espn, espn sportscenter, fantasy football, fantasy sports, football, hockey, lacrosse, lakers, mlb, mma, nba, nfl, nhl, ny yankees, playing baseball, playing basketball, playing football, playing sports, poker, red sox, sox, sports, sports illustrated, sportscenter, tennis, ufc, watching baseball, watching football, watching sports, weight lifting, wrestling, wwe, wwe raw or yankees

| **Social Actions:** | None |
|---|---|

## Individual Ad Info

### Current Ads

| Ad ID | Location | Bid | Time Created |
|---|---|---|---|
| 6002200784048 | News Feed | $0.45 USD CPC | Wednesday, November 28, 2007 at 10:26am |
| 6002200784448 | Left Side | $0.45 USD CPC | Wednesday, November 28, 2007 at 10:26am |
| 6002209256448 | Right Side | $0.45 USD CPC | Thursday, June 19, 2008 at 10:09pm |
| 6002209256848 | Home Page | $0.45 USD CPC | Thursday, June 19, 2008 at 10:09pm |
| 6002219453048 | Adnet Ad Space | $0.45 USD CPC | Monday, September 15, 2008 at 5:03pm |

## No Edited/Deleted Ads

### Review History

| Time | Reviewer | Action | Result |
|---|---|---|---|
| 11/24/2008 20:42 | Neville Bowers (4850) | – | |
| 09/15/2008 17:03 | Neville Bowers (4850) | **approved** | 4 |
| 06/19/2008 22:09 | Neville Bowers (4850) | **approved** | 4 |
| 11/28/2007 12:59 | Marisa Jorgensen (33200126) | **approved** | 4 |

## Adgroup Info

[Re-review Adgroup] [Dirty Adgroup]

| **Adgroup Id:** | 6002207714848 |
|---|---|
| **Campaign Id:** | 6002200631048 [export] |
| **Copy source:** | None |
| **Ad Demo:** | 186bb5d450 |
| **Status:** | Paused (Campaign) |
| **Phishing risk:** | Data Unavailable |
| **Create Time:** | Sat, 03 May 2008 16:11:09 −0700 (652314 minutes ago) |

**Love Sports?**

ROOTZOO
HOME OF THE SPORTS FAN

See what sports fans all over the country can't stop talking about!

http://www.rootzoo.com/users/register/

CONFIDENTIAL

7/30/09 4:37 PM

FBCPC 000002

| Targeting: | • who live in the United States |
|---|---|
| | • who like baseball, basketball, boxing, chicago cubs, college basketball, college football, college sports, cowboys, cubs, espn, espn sportscenter, fantasy football, fantasy sports, football, hockey, lacrosse, lakers, mlb, mma, nba, nfl, nhl, ny yankees, playing baseball, playing basketball, playing football, playing sports, poker, red sox, sox, sports, sports illustrated, sportscenter, tennis, ufc, watching baseball, watching football, watching sports, weight lifting, wrestling, wwe, wwe raw or yankees |
| Social Actions: | • I get my sports fix at RootZoo.com |

## Individual Ad Info

### Current Ads

| Ad ID | Location | Bid | Time Created |
|---|---|---|---|
| 6002207715248 | Left Side | $0.35 USD CPC | Saturday, May 3, 2008 at 4:11pm |
| 6002207716048 | News Feed | $0.35 USD CPC | Saturday, May 3, 2008 at 4:11pm |
| 6002209860448 | Right Side | $0.35 USD CPC | Thursday, June 19, 2008 at 11:22pm |
| 6002209860848 | Home Page | $0.35 USD CPC | Thursday, June 19, 2008 at 11:22pm |
| 6002219730248 | Adnet Ad Space | $0.35 USD CPC | Monday, September 15, 2008 at 5:06pm |

### No Edited/Deleted Ads

### Review History

| Time | Reviewer | Action | Result |
|---|---|---|---|
| 09/15/2008 17:06 | Neville Bowers (4850) | **approved** | 3 |
| 06/19/2008 23:22 | Neville Bowers (4850) | **approved** | 3 |
| 05/03/2008 16:27 | Jocelyn JJ Ross (201449) | **approved** | 3 |

### Adgroup Info

[Re-review Adgroup] [Dirty Adgroup]

| Adgroup Id: | 6002207717648 |
|---|---|
| Campaign Id: | 6002200631048 [export] |
| Copy source: | None |
| Ad Demo: | ca017e401b |
| Status: | Paused (Adgroup) |
| Phishing risk: | Data Unavailable |
| Create Time: | Sat, 03 May 2008 17:44:35 -0700 (652220 minutes ago) |

**Love Sports?**

ROOTZOO
HOME OF THE SPORTS FAN

See what sports fans all over the country can't stop talking about!

http://www.rootzoo.com/users/register/

CONFIDENTIAL

7/30/09 4:37 PM

FBCPC 000003

| Targeting: | • who live in the United States<br>• who are male<br>• who like baseball, basketball, boxing, chicago cubs, college basketball, college football, college sports, cowboys, cubs, espn, espn sportscenter, fantasy football, fantasy sports, football, hockey, lacrosse, lakers, mlb, mma, nascar, nba, nfl, nhl, ny yankees, playing baseball, playing basketball, playing football, playing sports, poker, red sox, sox, sports, sports illustrated, sportscenter, tennis, ufc, watching baseball, watching football, watching sports, weight lifting, wrestling, wwe, wwe raw or yankees |
|---|---|
| Social Actions: | • I get my sports fix at RootZoo.com |

## Individual Ad Info

### Current Ads

| Ad ID | Location | Bid | Time Created |
|---|---|---|---|
| 6002207718048 | Left Side | $0.19 USD CPM | Saturday, May 3, 2008 at 5:44pm |
| 6002209861248 | Right Side | $0.19 USD CPM | Thursday, June 19, 2008 at 11:22pm |

## No Edited/Deleted Ads

### Review History

| Time | Reviewer | Action | Result |
|---|---|---|---|
| 06/19/2008 23:22 | Neville Bowers (4850) | **approved** | 3 |
| 05/03/2008 19:46 | Marisa Jorgensen (33200126) | **approved** | 3 |

## Adgroup Info
[Re–review Adgroup] [Dirty Adgroup]

| Adgroup Id: | 6002208111048 |
|---|---|
| Campaign Id: | 6002200631048 [export] |
| Copy source: | None |
| Ad Demo: | 01bd07dc72 |
| Status: | Paused (Campaign) |
| Phishing risk: | Data Unavailable |
| Create Time: | Sat, 17 May 2008 01:13:21 –0700 (633052 minutes ago) |
| Targeting: | • who live in the United States<br>• age 18 and older<br>• who are male<br>• who like baseball, basketball, boxing, chicago cubs, college basketball, college football, college sports, cowboys, cubs, espn, espn sportscenter, fantasy football, fantasy sports, football, hockey, lacrosse, lakers, mlb, mma, nba, nfl, nhl, ny yankees, playing baseball, playing basketball, playing football, playing sports, poker, red sox, sox, sports, sports illustrated, sportscenter, tennis, ufc, watching baseball, watching football, watching sports, weight lifting, wrestling, wwe, wwe raw or yankees |

**Daily Pick'Em Challenge**

rootZoo.com
TALK SPORTS

Free game. 15 questions. Get all 15 right, win a 42' HDTV plasma, no strings attached.

http://www.rootzoo.com/pages/daily–challenge/

CONFIDENTIAL                                          FBCPC 000004

| | |
|---|---|
| Social Actions: | None |

## Individual Ad Info

### Current Ads

| Ad ID | Location | Bid | Time Created |
|---|---|---|---|
| 6002208111448 | Left Side | $0.60 USD CPC | Saturday, May 17, 2008 at 1:13am |
| 6002208112248 | News Feed | $0.60 USD CPC | Saturday, May 17, 2008 at 1:13am |
| 6002209924048 | Right Side | $0.60 USD CPC | Thursday, June 19, 2008 at 11:22pm |
| 6002209924448 | Home Page | $0.60 USD CPC | Thursday, June 19, 2008 at 11:22pm |
| 6002219758648 | Adnet Ad Space | $0.60 USD CPC | Monday, September 15, 2008 at 5:06pm |

## No Edited/Deleted Ads

### Review History

| Time | Reviewer | Action | Result |
|---|---|---|---|
| 09/15/2008 17:06 | Neville Bowers (4850) | **approved** | 2 |
| 06/19/2008 23:22 | Neville Bowers (4850) | **approved** | 2 |
| 05/17/2008 07:21 | Megan Tannenbaum (3402301) | **approved** | 2 |

**The Best Sports Site**



Talk sports, earn points, win prizes!

http://www.rootzoo.com/users/register/

## Adgroup Info
[Re-review Adgroup] [Dirty Adgroup]

| | |
|---|---|
| Adgroup Id: | 6002208561848 |
| Campaign Id: | 6002200631048 [export] |
| Copy source: | None |
| Ad Demo: | 649620399d |
| Status: | Paused (Adgroup) |
| Phishing risk: | Data Unavailable |
| Create Time: | Sat, 31 May 2008 00:12:58 -0700 (612952 minutes ago) |
| Targeting: | • who live in the United States<br>• who are male<br>• who like baseball, basketball, boxing, chicago cubs, college basketball, college football, college sports, cowboys, cubs, espn, espn sportscenter, fantasy football, fantasy sports, football, hockey, lacrosse, lakers, mlb, mma, nba, nfl, nhl, ny yankees, playing baseball, playing basketball, playing football, playing sports, poker, red sox, sox, sports, sports illustrated, sportscenter, tennis, ufc, watching baseball, watching football, watching sports, weight lifting, wrestling, wwe, wwe raw or yankees |

CONFIDENTIAL

7/30/09 4:37 PM

FBCPC 000005

| | |
|---|---|
| Social Actions: | None |

## Individual Ad Info

### Current Ads

| Ad ID | Location | Bid | Time Created |
|---|---|---|---|
| 6002208562248 | Left Side | $0.19 USD CPM | Saturday, May 31, 2008 at 12:12am |
| 6002209962048 | Right Side | $0.19 USD CPM | Thursday, June 19, 2008 at 11:23pm |

### No Edited/Deleted Ads

### Review History

| Time | Reviewer | Action | Result |
|---|---|---|---|
| 06/19/2008 23:23 | Neville Bowers (4850) | **approved** | 2 |
| 05/31/2008 01:26 | Claudia Park (3820) | **approved** | 2 |

Send feedback.                                                   No maintainer.

| Errors | Hastemap | Template Data | Icespider | | Preferences |
|---|---|---|---|---|---|

| N | Error | Where |
|---|---|---|
| | | No data to display. |

CONFIDENTIAL                                   FBCPC 000006