# Exhibit G

| | |
|---|---|
| **From:** | Somvichian, Whitty |
| **Sent:** | Tuesday, January 18, 2011 1:55 PM |
| **To:** | Shub, Jonathan; Colosi, Peter |
| **Cc:** | (rrivas@finkelsteinthompson.com); j.paul@aogllp.com |
| **Subject:** | RE: Facebook |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thanks for letting us know.

I assume from your email that you agree on behalf of plaintiffs that Count Two is no longer at issue in the case given the decision not to amend.  If you disagree, please let me know.  Thanks.

**Whitty Somvichian**
Litigation Partner
Cooley Godward LLP ♦ 101 California ♦ 5th Floor
San Francisco, CA  94111-5800
Direct: 415-693-2061 ♦ Fax: 415-693-2222
Bio: www.cooley.com/wsomvichian ♦ Practice: www.cooley.com/litigation

**From:** Shub, Jonathan [mailto:jshub@seegerweiss.com]
**Sent:** Monday, January 17, 2011 2:08 PM
**To:** Somvichian, Whitty; Colosi, Peter
**Cc:** (rrivas@finkelsteinthompson.com); j.paul@aogllp.com
**Subject:** Facebook

Whitty/Peter:

Please note that Plaintiffs will not be amending their complaint at this time.  Accordingly, please provide an answer to Counts One, Three and Four of the Second Amended Complaint.