# Exhibit I

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029

Rosemary M. Rivas (SBN 209147)          J. Paul Gignac (SBN 125676)
rrivas@finkelsteinthompson.com     j.paul@aogllp.com
**FINKELSTEIN THOMPSON LLP**            **ARIAS OZZELLO & GIGNAC LLP**
100 Bush Street, Suite 1450             115 S. La Cumbre Lane, Suite 300
San Francisco, California 94104         Santa Barbara, California 93105
Telephone: (415) 398-8700   Telephone:           (805) 683-7400
Facsimile: (415) 398-8704               Facsimile:  (805) 683-7401

*Interim Co-Lead Class Counsel*          *Interim Liaison Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK PPC Advertising Litigation | Master Case No. C 09-03043 JF<br><br>**PLAINTIFFS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES** |

Plaintiffs hereby supplement their responses to Facebook, Inc.'s First Set of Interrogatories, served on Plaintiffs' attorneys on September 16, 2010, subject to the accompanying objections, without waiving, and expressly preserving, all such objections. Plaintiffs also respond subject to, without intending to waive, and expressly preserving: (a) any objections as to relevance, privilege, and admissibility of documents or information provided;

and (b) the right to object to other discovery procedures involving or relating to the subject matter of Defendant's requests.

Plaintiffs' factual investigation and legal analysis is ongoing and these responses and objections are without prejudice to later amendment and supplementation.  Defendant has not yet fully produced documents and information (or otherwise given complete discovery).  Plaintiffs' discovery, investigation, and preparation for trial are ongoing and continuing as of the date of these responses.  Plaintiffs reserve the right to continue discovery and investigation of facts, witnesses, and supplemental information that may reveal information which, if presently within Plaintiffs' knowledge, would have been included in these responses.  Plaintiffs reserve the right to present additional information as may be disclosed through continuing discovery and investigation.  By this reservation, Plaintiffs do not assume a continuing responsibility to update these responses (the present responses only cover information received until the date of service of these responses).

## **GENERAL OBJECTIONS**

All of the general Objections below are incorporated into each of the individual responses and have the same force and effect as if fully set forth therein. Plaintiff objects to Defendant's Interrogatories to the extent that:

1. Defendant's definitions and instructions seek to impose obligations that exceed or differ from the requirements of the Federal Rules of Civil Procedure.

2. They seek to require responses or supplemental responses beyond the scope and/or requirements of the Federal Rules of Civil Procedure.

3. They contravene the limits on the number of questions in any court orders, local rules, or the Federal Rules of Civil Procedure.

4. They seek to establish or imply a waiver of Plaintiffs' right to challenge the relevancy, materiality, or admissibility of the documents or information provided by Plaintiffs, or to object to the use of documents or information in any subsequent proceeding or trial. In responding, Plaintiff does not waive the right to challenge the relevancy, materiality, and/or admissibility of the documents or information provided by Plaintiff, or to object to the use of the documents or information in any later proceeding or trial.

5. They call for legal conclusions or premature expert discovery.

6. They seek disclosure of documents, communications, information, and things protected by the attorney-client privilege or that constitutes attorney work-product/trial preparation materials or any other privileged documents or information, as well as documents or information that were compiled or prepared at the request and direction of counsel in anticipation of, or in conjunction with, litigation that are protected by the attorney work-product doctrine; items and information obtained by Plaintiffs' attorneys that involve their professional skill and experience; legal research, including delegated research—which includes research or investigation by Plaintiffs' attorneys, or by persons hired by Plaintiffs' attorneys and acting under their supervision; strategic litigation planning, mental impressions (or documents reflecting such planning or impressions); and documents gathered by Plaintiffs' attorneys while researching issues in this case. Further, it would also be unduly burdensome and oppressive to search for, compile, and make a description of the nature of each such document, communication, etc.

7. They seek documents or information within the exclusive possession, custody or control of Defendant.

8.      They seek documents or information contained in the pleadings and other papers filed in this action.

## SPECIFIC OBJECTIONS AND RESPONSES TO DEFENDANT'S INTERROGATORIES

**INTERROGATORY NO. 11**

For each advertisement YOU placed on Facebook.com, identify each click YOU allege was improperly charged to YOU (including the date, time, and associated IP address for each such click).

**RESPONSE TO INTERROGATORY 11:**

.

Subject to the General Objections set forth above, Plaintiffs respond as follow: This Interrogatory: (1) assumes incorrectly that Plaintiffs must conduct a "click by click" analysis to establish both the liability of Facebook and the damages suffered by Plaintiffs and the class for invalid clicks; and (2) the Interrogatory fails to acknowledge that calculating the amount of damages suffered by Plaintiffs and the Class associated with invalid clicks can properly and accurately be determined by various recognized and industry approved statistical models. Assuming, however, that Plaintiffs determine that such a "click by click" analysis is appropriate for determining liability and/or damages, the current Interrogatory is premature because Plaintiffs have not conducted such a granular click-by-click analysis.

In any event, Facebook is aware internally, but has hid it from its customers,
**REDACTED**

. Moreover, Facebook's click detection system: (1) fails to support its contractual

obligation to charge advertisers "only for legitimate clicks"; and (2) has caused the improper recognition of revenue, during all or part of the Class period, because of the following deficiencies:

**REDACTED**

**INTERROGATORY NO. 12**

For each click identified in Interrogatory No. 11, state all reasons why YOU contend the click was fraudulent, improper, invalid, or otherwise should not have been charged to YOUR account.

**RESPONSE TO INTERROGATORY NO. 1**

See Response to Interrogatory No. 11.

**INTERROGATORY NO. 13**

1  If you contend that Facebook failed to implement certain measures to detect and screen

2  clicks that are potentially fraudulent, improper, or invalid, describe all such measures.

3  **RESPONSE TO INTERROGATORY NO. 2**

4  See Response to Interrogatory No. 11.

Dated: May 6, 2011                                  Respectfully submitted,

By:                                                 */s/ Jonathan Shub*
                                                    Jonathan Shub
                                                    jshub@seegerweiss.com
                                                    **SEEGER WEISS LLP**
                                                    1515 Market Street, Suite 1380
                                                    Philadelphia, PA 19102
                                                    Telephone: (215) 564-2300
                                                    Facsimile: (215) 851-8029

                                                    Rosemary M. Rivas
                                                    rrivas@finkelsteinthompson.com
                                                    **FINKELSTEIN THOMPSON LLP**
                                                    100 Bush Street, Suite 1450
                                                    San Francisco, CA 94104
                                                    Telephone: (415) 398-8700
                                                    Facsimile: (415) 398-8704

                                                    Mila F. Bartos
                                                    **FINKELSTEIN THOMPSON LLP**
                                                    1050 30th Street, N.W.
                                                    Washington, D.C. 20007
                                                    Telephone: (202) 337-8000
                                                    Facsimile: (202) 337-8090


                                                    *Interim Co-Lead Class Counsel*

                                                    J. Paul Gignac (SBN: 125676)
                                                    j.paul@aogllp.com
                                                    **ARIAS OZZELLO & GIGNAC LLP**
                                                    115 S. La Cumbre Lane, Suite 300
Santa                                               Barbara, California 93105
Telephone:                                          (805) 683-7400
Facsim                                              ile: (805) 683-7401

5
PLAINTIFF ROOTZOO'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET
OF INTERROGATORIES
CV 09-03043

*Interim Liaison Class Counsel*

Steven Berk
**BERK LAW PLCC**
1225 15th Street, NW
Washington, D.C. 20005
Telephone: (202) 232-7500
Facsimile: (202) 232-7566

Paul M. Weiss
**FREED & WEISS LLC**
111 West Washington Street, Suite 1311
Chicago, IL 60602
Telephone: (312) 220-0000

Brian S. Kabateck
**KABATECK BROWN KELLNER LLP**
664 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Gordon M. Fauth, Jr.
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Telephone: (510) 238-9610
Facsimile: (510) 337-1431

Melissa Meeker Harnett
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, LLP**
5567 Reseda Boulevard, Suite 330
Tarzana, CA 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266

*Additional Counsel for Plaintiffs*

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com.com
David R. Buchanan
dbuchanan@seegerweiss.com
SEEGER WEISS LLP
1515 Market St., Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 569-1606

| Rosemary M. Rivas (SBN 209147) | J. Paul Gignac (SBN 125676) |
|---|---|
| rrivas@finkelsteinthompson.com | j.paul@aogllp.com |
| FINKELSTEIN THOMPSON LLP | ARIAS OZZELLO & GIGNAC |
| 100 Bush Street, Suite 1450 | 115 S. La Cumbre Lane, Suite 300 |
| San Francisco, California 94104 | Santa Barbara, California 93105 |
| Telephone: (415) 398-8700 | Telephone: (805) 683-7400 |
| Facsimile: (415) 398-8704 | Facsimile: (805) 683-7401 |
| *Interim Co-Lead Class Counsel* | *Interim Liaison Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Master File No.  C 09-03043 JF |
| IN RE FACEBOOK PPC ADVERTISING LITIGATION | **CERTIFICATE OF SERVICE** |
| This Document Relates To:<br>　　All Actions. | Judge:  Honorable Jeremy Fogel |

I, Jonathan Shub, hereby certify that on May 6, 2011, I caused a true and correct copy of the foregoing document, PLAINTIFFS SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT FACEBOOK, INC.'S FIRST SET OF INTERROGATORIES, to be served via email on the following defense counsel of record:

7

PLAINTIFF ROOTZOO'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET
OF INTERROGATORIES
CV 09-03043

| | |
|---|---|
| | Whitty Somvichian |
| | Cooley Godward Kronish LLP |
| | 101 California Street, 5th Floor |
| | San Francisco, CA 94111 |
| | Email: wsomvichian@cooley.com |
| | |
| DATED:  May 6, 2011 | */s/ Jonathan Shub* |
| | Jonathan Shub |
| | jshub@seegerweiss.com |
| | **SEEGER WEISS LLP** |
| | 1515 Market Street, Suite 1380 |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 564-2300 |
| | Facsimile: (215) 851-8029 |