COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
PETER COLOSI (252951) (pcolosi@cooley.com)
MATTHEW M. BROWN (264817) (mmbrown@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re FACEBOOK PPC Advertising Litigation,<br><br>This Document relates To:<br>    All Actions. | Master File Case No. C 09-03043 PJH<br><br>**DECLARATION OF MATTHEW M. BROWN IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND CERTAIN DECLARATIONS IN SUPPORT THEREOF**<br><br>Date: TBA<br>Time: TBA<br>Judge: Hon. Phyllis J. Hamilton<br>Courtroom: 3, 3rd Floor |

I, Matthew M. Brown, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate at Cooley LLP, counsel for Defendant, Facebook, Inc. ("Facebook"). The matters set forth herein are of my own personal knowledge, and if called and sworn as a witness, I could competently testify regarding them.

1     **DOCUMENTS SUPPORTING FACEBOOK'S OPPOSITION TO PLAINTIFF'S MOTION**

2     2.     Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the
3     deposition of Robert Kang-Xing Jin, a Facebook engineer, which took place on August 12, 2011.

4     3.     Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the
5     deposition of Thomas Carriero, a Facebook engineer, which took place on November 18, 2010.

6     4.     Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the
7     deposition of Thomas Carriero, a Facebook engineer, which took place on June 23, 2011.

8     5.     Attached hereto as **Exhibit D** is a true and correct copy of plaintiff Steven Price's
9     initial complaint in this matter, dated July 31, 2009.

10    6.     Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the
11    deposition of Nathan Fox, which took place on June 21, 2011.

12    7.     Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the
13    deposition of Steven Price, which took place on April 13, 2011.

14    8.     Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the
15    deposition of Glenn Kesner, which took place on April 12, 2011.

16    9.     Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the
17    deposition of Bernard Jansen, which took place on October 17, 2011.

18    10.    Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the
19    deposition of Markus Jakobsson, which took place on September 21, 2011.

20    11.    Attached hereto as **Exhibit J** is a true and correct copy of the Interactive
21    Advertising Bureau's Click Measurement Guidelines, Version 1.0 – Final Release, May 12, 2009
22    (publically available at http://www.iab.net/media/file/click-measurement-guidelines2009.pdf).

23    12.    Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the
24    deposition of Kevin Lee, which took place on September 23, 2011.

25    13.    Attached hereto as **Exhibit L** is a true and correct copy of the Expert Report of
26    Stroz Friedberg, dated October 24, 2011.

27    / / /

28    / / /

**DOCUMENTS SUBJECT TO FACEBOOK INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND CERTAIN DECLARATIONS IN SUPPORT THEREOF**

14. I also submit this declaration in support of Facebook's Administrative Motion to File UNDER SEAL Facebook, Inc.'s Opposition to Plaintiffs' Motion for Class Certification and Certain Declarations in Support Thereof.

15. Plaintiffs filed their Motion for Class Certification in this matter on September 2, 2011, attaching the expert reports of Markus Jakobsson, Bernard Jansen, and Kevin Lee ("Plaintiffs' Expert Reports"). Pursuant to Plaintiffs' Administrative Motion for Sealing Order ("Motion for Sealing") filed on the same date (ECF No. 197), this Court sealed each of those expert reports from the public record in their entirety. (*See* ECF No. 204.)

16. In light of this prior sealing order, Facebook requests that the court seal the following material, which makes reference to the Plaintiffs' Expert Reports already filed under seal:

  a. Facebook Inc.'s Opposition to Plaintiffs' Motion for Class Certification ("Facebook Opposition Brief") at 23:11-13, 25:01-04, 25:22-25, 26:01-09, 26-13-27:12, and 27:19-20.

  b. Certain exhibits to the Declaration of Matthew M. Brown, each of which was marked "Highly Confidential – Attorneys' Eyes Only" under the Amended Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information and/or Trade Secrets as Amended by the Court, dated June 28, 2011, in this case (the "Protective Order"), as follows:

  - Ex. H attached hereto at 60-61, 63, 70-72, 90-95, 102, and 118-19, each in their entirety;
  - Ex. I attached hereto at 48-49, 51-52, 55-57, 73-77, 95-99, 105-18, 141-54, 160, and 163-66, each in their entirety;
  - Ex. K attached hereto at 33 in its entirety.

Facebook respectfully requests the Court to permit the redaction of the confidential and sensitive

information in the Facebook Opposition Brief, as listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of October, 2011 in San Francisco, California.

        /s/ Matthew M. Brown
        Matthew M. Brown

**Filer's Attestation**: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 24, 2011        Respectfully submitted,

        /s/ Whitty Somvichian
        Whitty Somvichian
        Counsel for Facebook, Inc.