# Exhibit F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


-------------------------

In Re FACEBOOK PPC          ) Master Case No.

Advertising Litigation      ) 5:09-cv-03043 JF

                            )

This Document Relates To: )

    All Actions.            )

-------------------------



        VIDEOTAPED DEPOSITION OF STEVEN R. PRICE,

        taken at 808 Wilshire Boulevard, Suite 300,

        Santa Monica, California, commencing at

        9:13 A.M., Wednesday, April 13, 2011, before

        Wendy S. Schreiber, CSR No. 3558, RPR.







    PAGES 1 - 181

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 12

1   answer the question I asked?

2        MR. GIGNAC:  As framed, correct.

3   BY MR. GUTKIN:

4        Q.   Have you ever been convicted of a felony?

5        A.   No.                                      09:21:56

6        Q.   I'd like to get an understanding of the

7   business or website that you were running that you

8   were advertising on Facebook that led to this

9   lawsuit.  Is that drivedownprices.com?

10       A.   Yes.                                      09:22:23

11       Q.   Is that the only website or business

12  enterprise you've ever advertised on Facebook?

13       A.   Yes.

14       Q.   Is that website still operational today?

15       A.   No.                                       09:22:38

16       Q.   When was it -- well, first of all, just give

17  me an overview of what the website was and what it

18  did.

19       A.   The website enabled essentially people who

20  wanted to sell vehicles either new or used and have  09:22:50

21  a variety of ways with which they could sell those

22  vehicles.

23       Q.   So was it like an eBay listing vehicles for

24  sale kind of website or helping people price their

25  vehicles or what did it do for people?              09:23:12

Page 13

1        A.   Okay, it was multi-functional.  There was a
2    listing or you would say a classified style which
3    would be somewhat I would call an eBay or an Auto
4    Trader or cars.com would be a classified listing.
5    We had two other functionalities in addition to          09:23:31
6    that.  One was an option to go into an environment
7    where the price would be dropped -- or would be in a
8    descending fashion controlled by the seller through
9    our servers.  And the last would be an option to
10   purchase the vehicle at a price you wanted to see if   09:23:52
11   the seller was willing to sell it at.
12       Q.   Okay.  I didn't quite follow the option to
13   go to an environment where the price would be
14   dropped as controlled by the seller.  Can you
15   explain what that part of the website was for me.      09:24:11
16       A.   Sure.  In that environment basically the
17   seller was allowed to control the starting price,
18   the speed at which that price would change, the
19   amount of the change, a dollar amount, and the time
20   frame with which that sale took place.  At any point  09:24:33
21   whoever -- if a buyer chose to say I want that
22   vehicle, then that sale was over.
23       Q.   Okay.  And was your website involved in
24   carrying out the sale or was it just a matter of
25   connecting the buyer and seller and they handled it   09:25:08

Page 14

1    themselves once you connected it?  Or how did that

2    work?

3        A.    We simply facilitated the price with which

4    both parties agreed to purchase the vehicle.

5        Q.    And how -- was there a business that was      09:25:28

6    running this website?  A company?  Was it you

7    running it personally?  Did you have employees

8    helping you or friends helping you?  How did that

9    work?

10       A.    It was something I was running myself         09:25:38

11   personally.

12       Q.    And I thought I heard you say "we" before.

13   I may have misheard.  Were you always running it

14   alone?  Always just you running the website?

15       A.    Yes.                                          09:25:51

16       Q.    And did you -- was there any kind of company

17   that you organized around this or, you know, any

18   formal structure to that?

19       A.    I was hoping to.

20       Q.    But didn't get to the point of doing it?      09:26:07

21       A.    But didn't get to the point where it was

22   viable.

23       Q.    What was the dates that the website was up?

24       A.    Can you please help me define what you mean

25   by "up"?                                                09:26:29

Page 15

1      Q.    Sure.  When did the website first become

2  available to Internet users over a web browser?

3      A.    Outside of strictly during the period where

4  it was being built?

5      Q.    Uh-huh.                                 09:26:46

6      A.    Okay.  I would say probably early 2009.

7      Q.    And then when -- was it a continuous period

8  that it was available and then stopped being

9  available over the Internet or were there starts and

10  stops?                                            09:27:06

11      A.    During the development period there were

12  stops and starts.

13      Q.    Once it came online in early 2009, when did

14  it go offline?

15      A.    It went offline 2000 -- essentially it      09:27:18

16  remained up until I took the servers down for

17  financial reasons.  That would have been in 2010.

18      Q.    Approximately first quarter or middle of the

19  year?

20      A.    I actually don't recollect.             09:27:43

21      Q.    Okay, just sometime in 2010.  How long did

22  -- the initial development before the site came

23  online, how long did that take?

24      A.    Probably a year, year and a half.

25      Q.    Were you working on that about half your    09:28:05

Veritext National Deposition & Litigation Services
866 299-5127

Page 17

1      A.   Yes.

2      Q.   And do you know when that stopped, when your

3  ads on Facebook stopped?

4      A.   It would have been in 2009.  Late 2009.

5      Q.   Okay.  And after you stopped running ads on   09:29:56

6  Facebook you spent no more time on the Web site?

7      A.   Correct.

8      Q.   So you said also that your business plan was

9  built around Facebook so can you explain what you

10  meant by that?                                       09:30:16

11      A.   Basically in understanding the idea that

12  Facebook represents that you can drill down to a

13  very specific set of targeted individuals in the

14  advertising made me believe that you could build a

15  model that could be very cost-effective to identify   09:30:38

16  people in the automotive marketplace who were

17  interested in either buying or selling vehicles.

18      Q.   How were you thinking you could find the

19  people who were interested in buying and selling

20  vehicles with Facebook?                              09:31:01

21      A.   By placing the ads to specific targeted

22  areas.

23      Q.   Targeted geographic areas?

24      A.   And -- yes, and you also have the option to

25  identify further beyond the geographic realm whether   09:31:13

1   do you mean by that?

2        A.    You define a click on the site.  I believe

3   it's in your Help section and Glossary of Ad Terms

4   or something like that.  It states that a click is

5   when a person clicks through an ad to your landing      09:37:41

6   page.  So an invalid click would be one that I'm

7   charged for and the person did not get to my landing

8   page or my website.

9        Q.    Okay.  Is that the -- the type of click

10  where you're charged but the person clicking does       09:38:06

11  not get to your landing page or website, is that the

12  only type of click that Facebook charged you for

13  that you are claiming in this lawsuit they should

14  not have charged you for?

15       A.    Can you rephrase the question or restate the 09:38:25

16  question again?  I want to make sure I hear you

17  correctly.

18       Q.    You referred to invalid clicks as those

19  where somebody clicks on your ad but does not get to

20  your landing page or website, correct?                  09:38:37

21       A.    Yes.

22       Q.    Are those the only types of clicks that in

23  this lawsuit you are claiming you were charged for

24  but should not have been charged for?

25       A.    Yes.                                          09:38:48

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 24

1          THE WITNESS:  Yes.

2    BY MR. GUTKIN:

3       Q.   And just to be clear, when you say -- when

4    you answered yes that that was a valid click, I'm

5    correct, aren't I, that you are not claiming in this   09:40:39

6    lawsuit that Facebook charged you for clicks that

7    are valid clicks and should not have, correct?

8          MR. GIGNAC:  Hold on.  Can we have that read

9    back, please?  Or you can restate it.  I just want

10   to make sure I understand it.                          09:40:54

11         MR. GUTKIN:  Why don't I try again.

12         MR. GIGNAC:  A bunch of negatives in there.

13         MR. GUTKIN:  It was a little hard to build

14   that question.

15      Q.   You accept that Facebook was appropriately   09:41:03

16   charging you for what you considered to be valid

17   clicks, correct?

18      A.   Yes.

19      Q.   And you are only in this lawsuit claiming

20   that you were improperly charged for invalid clicks?   09:41:18

21      A.   Yes.

22      Q.   So if we use those terms throughout the day

23   and you agree with me that some kind of click is a

24   valid click, then you are not claiming in this

25   lawsuit that Facebook wrongfully charged you for       09:41:32

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 30

1    something that you clearly state you're not

2    responsible for.  I looked at the steps to go

3    through how do you narrow your focus, what are the

4    different options that you have to do that so that I

5    could try and make the best educated positioning of    09:50:06

6    my ads.

7       Q.   You mentioned in your last answer the term

8    "click fraud."  Can you tell me your understanding

9    of that term, please.

10      A.   Click fraud, as I understand it, is a third    09:50:34

11   party that is either maliciously or wrongfully

12   clicking on an ad with improper intent.

13      Q.   Are you familiar with the term "bot" as it

14   relates to online advertising?

15      A.   Yes.                                            09:51:04

16      Q.   What's your understanding of what a bot is?

17      A.   My understanding of a bot is a programming

18   device used by various individuals to determine any

19   number of different factors that may be out there.

20   They may be trying to find what an ad is, what ads    09:51:25

21   are running, who's behind the ads.  Google, for

22   instance, I believe uses a form of a bot in its

23   indexing.

24      Q.   Is it your understanding that it's possible

25   for a bot to click on an advertisement and arrive at   09:51:45

Veritext National Deposition & Litigation Services
866 299-5127

Page  31

1    a landing page that's connected to that

2    advertisement?

3         A.    Yes.

4         Q.    Do you consider that kind of click performed

5    by a bot to be an instance of a valid click or click     09:52:00

6    fraud or an invalid click?

7              MR. GIGNAC:  Objection.  It's an incomplete

8    hypothetical, calls for speculation, and lacks

9    foundation.

10             But you can answer to the best of your        09:52:13

11   ability.

12             THE WITNESS:  If the bot and the associated

13   computer behind it actually makes it through to the

14   landing page, then it is a valid click.

15   BY MR. GUTKIN:                                          09:52:28

16        Q.    Okay.  What's your understanding of

17   Facebook's ability to determine after someone clicks

18   on an ad on the Facebook site whether or not they

19   arrive at the advertisers' landing page?

20        A.    From my experience?  I don't know that they  09:53:14

21   can.

22        Q.    Okay.  And why do you say that?

23        A.    In analyzing the actual number of charges

24   that I received versus the actual number of times

25   that my website or landing page was reached, I had a    09:53:34

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 49

1    Analytics keeps track of origin of a visit to your

2    website?

3         A.   I don't -- please -- please rephrase the

4    question or restate the question.

5         Q.   Sure.  Do you know how Google Analytics          10:31:12

6    keeps track of from what website the person who is

7    coming to your website came?

8              MR. GIGNAC:  Objection.  The question is

9    vague and ambiguous.

10             But you can go ahead and answer.               10:31:25

11             THE WITNESS:  I don't know.

12   BY MR. GUTKIN:

13        Q.   So, for example, if somebody got to your

14   website by clicking on your ad from facebook.com, do

15   you know how Google Analytics keeps track of the        10:31:47

16   fact that the visit to your website came from your

17   Facebook ad?

18             MR. GIGNAC:  Objection:  lacks foundation,

19   but you can answer if you know.

20             THE WITNESS:  Technically how they do it I     10:31:56

21   do not know.

22   BY MR. GUTKIN:

23        Q.   Are you aware even that they provide that

24   feature where they track the source from which --

25        A.   Yes.                                           10:32:08

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 50

1    Q.   -- a visit to your website came?

2    A.   Yes.

3    Q.   But you don't know how they do it?

4         MR. GIGNAC:  Objection:  asked and answered.

5         Go ahead.                              10:32:19

6         THE WITNESS:  I know it has something to do

7    with the code that you insert on your website.

8    BY MR. GUTKIN:

9    Q.   Does StatCounter to your knowledge provide

10   that same feature where it gives you information   10:32:50

11   about how someone got to your website?

12   A.   Yes.

13   Q.   And do you know how StatCounter does that?

14   A.   Again, it has to do with the code that you

15   place on your website.                         10:33:03

16   Q.   Do you know anything beyond that?

17   A.   No.

18   Q.   Did you at any time for either Google

19   Analytics or StatCounter run reports to determine

20   how people were getting to your website?        10:33:17

21   A.   Yes.

22   Q.   What did those reports show?  Just give a

23   high-level summary is fine.

24   A.   A basic report from Google Analytics would

25   show how many visits you had.  You could run another  10:33:35

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 51

1    report that could show you the basic city

2    geographical area that it came from.

3              StatCounter was -- provided more detail.   It

4    would actually show you the page string or URL with

5    which that particular user came to your website      10:34:04

6    from.

7         Q.   Is Google Analytics to your knowledge

8    capable of giving you that URL information also?

9         A.   I don't know.

10        Q.   You used both Google Analytics and          10:34:16

11   StatCounter to analyze how many page views you had

12   that originated from the Facebook website; is that

13   correct?

14        A.   Yes.

15        Q.   When you did that, did you do anything in   10:34:35

16   either Google Analytics or StatCounter to limit the

17   page views you were looking at to those that came

18   from something related to Facebook?

19        A.   Please restate the question.

20        Q.   Sure.  Let's just do them one at a time.    10:34:55

21        A.   Okay.

22        Q.   You ran reports from Google Analytics,

23   correct?

24        A.   Yes.

25        Q.   When you were running that report, did you  10:35:02

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 52

1    ask Google Analytics to limit the reported page

2    views to those that came from Facebook.com?

3         A.   No.

4         Q.   Did you ask it to limit the page views in

5    any way?                                        10:35:20

6         A.   No.

7         Q.   So to your knowledge you were looking at a

8    report of all page views tracked by Google

9    Analytics?

10        A.   Yes.                                   10:35:29

11        Q.   And how do you know that?

12        A.   We also were testing at the same time from

13   different computers and our test also showed in the

14   analytics.

15        Q.   I think you are answering the question of  10:35:49

16   how you knew Google Analytics was working.  I was

17   more asking how do you know that the report that you

18   asked Google Analytics to run was capturing all page

19   views and not only page views from a certain domain

20   name?                                            10:36:06

21        A.   I don't know.

22        Q.   Do you know, for example, where the button

23   is that you click to limit page views to those from

24   a certain domain name and the Google Analytics

25   reporting tool?                                  10:36:24

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 53

1        A.    No.

2        Q.    Do you know one way or the other whether the

3    reports you were looking at were, in fact, limited

4    to only those originating from a certain domain

5    name?                                              10:36:36

6        A.    I know they were not limited in any way

7    because I was able to see that click-throughs, which

8    I did, and the time that I did them were showing up

9    in the analytics, in the reporting.

10       Q.    Were you able to see -- did you test using   10:36:55

11   click-throughs from your Facebook ad to see if those

12   showed up in Google Analytics?

13       A.    Yes.

14       Q.    So you went onto the Facebook site, clicked

15   on your ad and were referred to your landing page,    10:37:09

16   then confirmed that that particular click-through

17   was counted in Google Analytics?

18       A.    Yes.

19       Q.    When did you do that?

20       A.    I don't remember.                            10:37:27

21       Q.    Was it just once or did you do that

22   regularly?

23       A.    More than once.

24       Q.    Were you -- if you recall, were you with

25   Mr. Bansal when you did this or just on your own      10:37:38

Page 54

1    testing the system?

2        A.   I don't recollect.

3        Q.   What about on StatCounter?  On StatCounter

4    did you go to Facebook, click on your ad, and arrive

5    at your landing page, then confirm that that click      10:38:08

6    was counted in StatCounter?

7        A.   I don't remember.

8        Q.   Do you know in the StatCounter program how

9    to limit the page views that appear on a report to a

10   particular domain name that's referred?                 10:38:26

11       A.   No.

12       Q.   Are you able to say one way or the other

13   whether the StatCounter reports that you reviewed

14   were limited in some way by the domain names from

15   which those page views originated?                      10:38:41

16           MR. GIGNAC:  Object to the question.  It's

17   vague and ambiguous.

18           You can answer if you understand.

19           THE WITNESS:  They were not limited because

20   of the vast variety of locations that were shown on     10:38:53

21   the reports.

22   BY MR. GUTKIN:

23       Q.   When you say "locations," do you mean URLs?

24       A.   Yes.

25       Q.   I want to get some more background on your     10:39:23

Page 70

1    understanding of this document is that you created

2    three additional cost per click ads first on June

3    18th, 2009, July 30th, 2009, and then August 3rd,

4    2009.  Does that match your recollection of the ads

5    that you purchased from Facebook?                    11:07:54

6            MR. GIGNAC:  Did you say cost per

7    impression?

8            MR. GUTKIN:  If I did, I misspoke.

9            MR. GIGNAC:  I think you did.

10           MR. GUTKIN:  I may have.  I meant cost per    11:08:02

11   click.

12           MR. GIGNAC:  Did he say -- he means cost per

13   click anyway.

14           MR. GUTKIN:  I think the record says.

15       Q.   But I meant cost per click.                  11:08:11

16       A.   So?

17       Q.   Why don't I ask again.

18            Does it match your recollection that you

19   created three additional cost per click ads on June

20   18th, 2009, then July 30th, 2009, and August 3rd,    11:08:23

21   2009?

22       A.   I don't recollect the exact dates.

23       Q.   Any reason to dispute that this is correct,

24   this record?

25       A.   No.                                          11:08:38

Veritext National Deposition & Litigation Services
866 299-5127

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 72

1    who got to your site through your Facebook ad?

2         A.   I'm not trying to be difficult, I just --

3    can you -- can you state it maybe one more time a

4    slightly different way or something?

5         Q.   When you kept -- when you had records of the 11:10:55

6    people who transacted people on the website, were

7    you able to determine which of those people got to

8    your site through your Facebook ad?

9         A.   On the conversion side or just getting to

10   the site?                                        11:11:11

11        Q.   On the conversion side.

12        A.   No.

13        Q.   So you don't know what percentage of the

14   people who clicked on your Facebook ad and got to

15   your landing page transacted business versus did not 11:11:29

16   transact business?

17        A.   Actually, I do.

18        Q.   Okay.  How do you know that?

19        A.   Because there were none.

20        Q.   How do you know there were none?       11:11:40

21        A.   Because the system would have -- as I said

22   before, if there was a consummation of any sort

23   between a seller and buyer, potential seller and

24   buyer, it generates a notification.

25        Q.   I see.  So no one using the words that we've 11:11:56

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 73

1    been using, no one at all transacted business on the

2    drivedownprices.com website?

3        A.    Correct.

4        Q.    No seller and buyer made the connection that

5    the website was designed to allow them to make?      11:12:11

6        A.    Correct.

7        Q.    Do you have a rough sense sitting here today

8    of on average over the time that the website was

9    online how many people per day were visiting the

10   website?                                             11:12:32

11       A.    No.

12       Q.    Not even an approximate?  Approximately 50?

13   Approximately 200?  Nothing at all like that?

14       A.    No.

15       Q.    Do you have records that would show that?   11:12:44

16       A.    I believe that we've produced them already.

17   Those are indicated in the spreadsheets.

18       Q.    Is that -- do the -- I mean, some of the --

19   I apologize if I'm a step behind.  Some of the

20   spreadsheets you're referring to are probably the     11:13:07

21   ones that I received this morning.  But in the

22   Google Analytics report, for example, does that

23   track all visits to the drivedownprices.com website

24   that ever occurred?

25       A.    Yes.                                        11:13:25

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 80

1      A.   Yes.

2      Q.   Did you see any -- you said before that you

3   reviewed the pages you saw on the website and the

4   Help Center.

5      A.   Uh-huh.                                    11:23:18

6      Q.   Did you feel that you reviewed all of those

7   pages or some of them or most of them?  How would

8   you characterize it?

9      A.   I reviewed the elements that I felt were

10  important to making a decision on primarily the     11:23:39

11  advertising portion of it.  So anything that defined

12  or helped me understand what and how I would be

13  potentially charged, what limitations there were, I

14  would say that I -- without full recollection, I

15  read probably more than half.                       11:24:02

16     Q.   And did you see anything in those pages that

17  indicated to you that Facebook would try to detect

18  invalid clicks and avoid charging you for them but

19  that Facebook was not guaranteeing that it could

20  identify all invalid clicks?                        11:24:24

21     A.   Yes.

22     Q.   What did you see along those lines?

23     A.   There were statements made that there

24  potentially could be fraudulent or in -- fraudulent

25  clicks where entities were attempting to run up     11:24:42

Page 115

1       (At the hour of 1:37 p.m. the following

2   proceedings were had at the same place with the same

3   persons present:)

4

5           VIDEO OPERATOR:  The time is 1:37 p.m.  We     01:37:16

6   are back on the record.

7

8                   EXAMINATION (Resumed)

9   BY MR. GUTKIN:

10      Q.   Mr. Price, would it be fair to say that your  01:37:32

11  sole basis for believing that you were improperly

12  charged for invalid clicks is the difference between

13  your bills from Facebook compared to your Google

14  Analytics and StatCounter reports?

15      A.   Yes.                                          01:37:54

16      Q.   So there's nothing else -- just so I'm

17  clear -- there's nothing else that your -- that

18  caused you to sue -- there was no other information

19  you had that led you to believe that you were

20  overcharged and that led you to sue Facebook?         01:38:05

21      A.   Yes.

22      Q.   Do you know -- have you ever used either

23  Google Analytics or StatCounter outside of using

24  them for drivedownprices.com?

25      A.   Yes.                                          01:38:35

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 149

1    BY MR. GUTKIN:

2        Q.   Okay.  That's fine.  So they were -- they're

3    both reporting how many referrals from Facebook

4    drivedownprices.com received on June 5th, 2009,

5    correct?                                              02:56:07

6        A.   Yes.

7        Q.   And they -- there is an objective true

8    number of referrals from Facebook that

9    drivedownprices.com received on that date, correct?

10           MS. KIM:  Objection:  asked and answered.   02:56:21

11           MR. GIGNAC:  You don't get to object.

12   Sorry, but thank you.

13   BY MR. GUTKIN:

14       Q.   You can answer.

15       A.   Okay.  For the sake of argument let's say I  02:56:32

16   would say that I would give the higher of the two to

17   be in favor of the number of potential visits that

18   took place.

19       Q.   We discussed -- I asked you earlier today

20   whether your only basis for believing that Facebook   02:57:06

21   overcharged you for invalid clicks was the results

22   you got from these two tools and you agreed that was

23   your only basis for that belief, didn't you?

24       A.   Yes.

25       Q.   But this actually shows that the two tools   02:57:24

698bce29-7f52-4529-9821-f5d1abd09c5c

Page 152

1    correct and accurate count of the number of

2    referrals to drivedownprices.com from Facebook that

3    day?  Is that possible?

4            MR. GIGNAC:  Objection:  lacks foundation,

5    calls for speculation.                          03:00:29

6            But go ahead.

7            THE WITNESS:  Again, how they're counting

8    click-through may have -- may be different for my

9    sake of what I understand the greater of the two

10   numbers would be, the one that I would accept as    03:00:55

11   being more accurate.

12   BY MR. GUTKIN:

13       Q.   Why?

14       A.   Why not?

15       Q.   Isn't your lawsuit against my client      03:01:06

16   premised on the assumption that these numbers are

17   accurate?

18       A.   To some degree, yes.

19       Q.   To some degree.  You testified earlier that

20   these numbers are the only basis for your belief    03:01:22

21   that Facebook has overcharged you.

22       A.   Yes.

23       Q.   What do you mean by "to some degree"?

24       A.   I'm trusting the feedback from these two

25   organizations.                                   03:01:35

698bce29-7f52-4529-9821-f5d1abd09c5c