# Exhibit G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


-------------------------

In Re FACEBOOK PPC          )

Advertising Litigation      ) Master Case No.

                            ) 5:09-cv-03043 JF

This Document Relates To: ) VOLUME I

    All Actions.            )

-------------------------



    Videotaped Deposition of GLENN KESNER,

    taken at 808 Wilshire Boulevard, Suite 300,

    Santa Monica, California, commencing at

    9:23 A.M., Tuesday, April 12, 2011, before

    Wendy S. Schreiber, CSR No. 3558, RPR.




PAGES 1 - 217

3615ebff-997d-4605-a605-fe76a533fd8d

1      Q.   Your lawyer, as he's probably explained to

2    you, may object throughout the course of the day.

3    You'll probably get a feel for how that works pretty

4    quickly, but his objections don't relieve you of the

5    obligation to answer my questions unless he          09:26:34

6    instructs you not to answer, which he may do in

7    certain circumstances.

8           Does that make sense also?

9      A.   Yes.

10     Q.   I take it you work at RootZoo?          09:26:44

11     A.   I'm the President and Chief Executive

12    Officer.

13     Q.   The President and CEO of RootZoo.  How long

14    have you been in that position?

15     A.   Since November of 2010.          09:26:53

16     Q.   So you came to RootZoo after this lawsuit

17    was filed against Facebook, correct?

18     A.   Correct.

19     Q.   And I take it -- were you -- were you at

20    RootZoo in a different position before or didn't     09:27:13

21    join the company until November 2010?

22     A.   I was -- I was a board member of Eclipse

23    Media Technologies in February of 2010 until

24    November of 2010.

25     Q.   Eclipse is the parent company of RootZoo?   09:27:31

3615ebff-997d-4605-a605-fe76a533fd8d

1    give testimony on its behalf.

2        Q.    Okay.  What did you do to prepare for the

3    deposition today?

4        A.    I reviewed the complaint and discussed --

5    discussed the issues with my attorney.              09:28:50

6        Q.    What else?

7        A.    I also had communication with Jesse Boskoff.

8        Q.    Who is Jesse Boskoff?

9        A.    He is the -- he was the founder of RootZoo.

10       Q.    Does he still work at RootZoo?              09:29:12

11       A.    No.

12       Q.    Not in any capacity?  Not as an outside

13   consultant or anything?  He's just no longer working

14   at the company?

15       A.    Correct.                                    09:29:22

16       Q.    For how long did you meet with your

17   attorney?

18       A.    We met yesterday and over the course of a

19   few days.  That's it.

20       Q.    Like a few complete days?  A few            09:29:36

21   seven-or-eight-hour days or something less than

22   that?

23       A.    Less than that.

24       Q.    A few --

25       A.    I'd say four or five times over the course  09:29:46

3615ebff-997d-4605-a605-fe76a533fd8d

Page 13

1    complaint in July 2009?

2         A.   No, no, the same servers.

3         Q.   So what do you mean by "it was my

4    understanding that information wasn't passed on"?

5         A.   Jesse Boskoff had access to the security     09:33:32

6    codes to access the servers, passwords, et cetera,

7    and no one else did in the company.

8         Q.   When did Jesse Boskoff leave RootZoo?

9         A.   Around February of 2010.

10        Q.   February 2010.  So it's been a little over a 09:33:52

11   year?

12        A.   Uh-huh.

13        Q.   And this -- when did you have these

14   conversations with Mr. Boskoff?

15        A.   In the fall of 2010.                          09:34:02

16        Q.   In the fall of 2010.

17        A.   After I became CEO.  So I guess it would be

18   after November probably.

19        Q.   After November.  So it would be fair to say

20   more like the winter of 2010?                           09:34:19

21        A.   Uh-huh, yes.

22        Q.   Now, were these conversations for the

23   purpose of preparing for your deposition today or

24   were they for the purpose of obtaining the security

25   codes to the servers?                                   09:34:34

1      Q.   Approximately is fine.

2      A.   It was over the course of weeks.  It was one

3  conversation, a response, back and forth.

4      Q.   Okay.  And was the nature of those

5  conversations to ask Mr. Boskoff if he would be     09:38:12

6  available to sit for this deposition today?

7      A.   No, I requested a meeting in New York to

8  discuss the case.

9      Q.   Okay.

10     A.   And get his feedback.               09:38:25

11     Q.   And did he grant that request?

12     A.   No, he declined.

13     Q.   Just to skip ahead a little, did you have

14  any substantive communications with Mr. Boskoff

15  about the facts underlying RootZoo's suit with    09:38:44

16  Facebook?

17     A.   No.

18     Q.   So would it be a fair characterization --

19  and if it's not you can put this in your own

20  words -- to say that you requested that Mr. Boskoff  09:38:56

21  give you the information about the facts that

22  underlie RootZoo's suit against Facebook but he

23  refused to give you any of that information?

24     A.   I would say that would be fair.

25     Q.   Okay.  Apart from your attorney, did you   09:39:09

3615ebff-997d-4605-a605-fe76a533fd8d

Page 19

1    documents and have just heard from your attorney,

2    you don't know if the RootZoo lawsuit against

3    Facebook has any merit, correct?

4        A.   Can you rephrase that question?  I don't

5    exactly understand.                              09:40:41

6            MR. SHUB:  I'm going to object to that as

7    argumentative.  Just ask him about the facts of the

8    case, not whether it has merit.  That's a legal

9    conclusion whether it has merit.

10           MR. GUTKIN:  You can feel free to make your  09:40:49

11   objections but I'll ask the questions I'd like to.

12           MR. SHUB:  I just did.

13           THE WITNESS:  Can you ask again, then?

14       Q.   Sure.  No problem.

15           Apart from what you've learned from talking  09:40:58

16   about the case with your attorney and from what

17   you've seen in the documents, you don't know one way

18   or the other whether RootZoo's lawsuit against

19   Facebook is valid?

20       A.   Not apart from anything I've read or        09:41:10

21   discussed with my attorney.

22       Q.   And there are no other conversations with

23   anyone else -- Mr. Boskoff or anyone else apart from

24   your attorney -- about the facts of RootZoo's

25   lawsuit against Facebook?                           09:41:26

3615ebff-997d-4605-a605-fe76a533fd8d

Page 34

1    develop a business model to make money at some

2    point?

3            MR. SHUB:  Objection:  relevancy.

4            You can answer.

5            THE WITNESS:  We have discussed possible        09:58:28

6    plans but have nothing specific that we have done

7    with it at this point --

8    BY MR. GUTKIN:

9        Q.   Okay.

10       A.   -- since Jesse's departure.                    09:58:38

11       Q.   Why do you say "since Jesse's departure"?

12       A.   Jesse was the founder and the one who led

13   RootZoo and when he left, there was a vacuum.

14       Q.   Okay.  You said he was the founder.  Was he

15   also the CEO before he left?                            09:58:57

16       A.   Yes.

17       Q.   Okay.

18       A.   I don't know his specific title, but he was

19   in charge of the site.

20       Q.   What's -- do you know RootZoo's history of    09:59:08

21   doing online advertising for itself?

22       A.   No.

23       Q.   So you don't know if RootZoo, for example,

24   uses a service called Google Ad Words so that it

25   will come up in response to web searches on the        09:59:29

3615ebff-997d-4605-a605-fe76a533fd8d

Page 48

1     A.   No, I did not.

2     Q.   Do you know what information or materials

3   Mr. Boskoff or anyone at RootZoo reviewed before

4   RootZoo chose to buy advertising from Facebook?

5     A.   It's my understanding he read the          10:23:25

6   requirements that are a part of when you would

7   advertise on Facebook.  Agreements, et cetera.

8     Q.   Okay.  So let's start with the basis for

9   your understanding.  What is the basis for your

10   understanding that Mr. Boskoff read those things?    10:23:43

11     A.   Well, twofold.  No. 1, based on some of the

12   things I read in the Complaint, and also Jesse was

13   clearly a very talented and experienced person to be

14   able to create a website like RootZoo and I think he

15   would have read those things.                        10:23:59

16     Q.   Okay.  So first is you read it in the

17   Complaint and so you take it to be true or assume it

18   to be true?

19     A.   Uh-huh.

20     Q.   Second is based on what you know about Jesse  10:24:10

21   you think he would have reviewed materials from

22   Facebook?

23     A.   Absolutely.  I certainly would have and I

24   would trust that he would, too.

25     Q.   Okay.  Any other basis to know what          10:24:22

Veritext National Deposition & Litigation Services
866 299-5127

3615ebff-997d-4605-a605-fe76a533fd8d

Page 49

1    Mr. Boskoff or anyone at Facebook --

2            MR. SHUB:  At RootZoo?

3            MR. GUTKIN:  Thank you.  I appreciate that,

4    Counsel.

5        Q.   -- that Mr. Boskoff or anyone at RootZoo     10:24:33

6    reviewed prior to buying advertising from Facebook?

7        A.   Nothing between those two.

8        Q.   Nothing apart from those two?

9        A.   Apart from those two.

10       Q.   Do you know particularly what materials      10:25:02

11   Mr. Boskoff or anyone from RootZoo reviewed prior to

12   choosing to advertise on Facebook?

13       A.   No, I do not.

14       Q.   So you don't know, for example, if

15   Mr. Boskoff or anyone from RootZoo reviewed FAQs or    10:25:22

16   Frequently Asked Questions documents?

17       A.   I believe he reviewed a Help Center

18   document.

19       Q.   A Help Center document?

20       A.   Yes.                                          10:25:33

21       Q.   And can you be any more specific about what

22   it was?

23       A.   I believe the Help Center document -- this

24   is again what I've read in the Complaint --

25   indicated that Root -- that Facebook does not charge   10:25:48

3615ebff-997d-4605-a605-fe76a533fd8d

Page 50

1    for, you know, inaccurate clicks.

2        Q.   And so your belief that that particular

3    document reviewed was reviewed by someone at RootZoo

4    before choosing to advertise with Facebook is based

5    solely on what you read in the Complaint?          10:26:12

6        MR. SHUB:  No, objection.  Mischaracterizes

7    testimony.

8            You can answer.

9            THE WITNESS:  Well, also if you read the

10   correspondence between Jesse and Facebook, he's     10:26:23

11   clearly extremely agitated and upset and frustrated

12   with the amount of clicks he's been getting versus

13   what he's seeing on his own Google Analytics, and

14   the tone of those conversations is clearly showing

15   that he feels like he's being unfairly charged for   10:26:40

16   clicks that he's not -- for clicks that aren't

17   resulting in visits to his website.

18       Q.   So so I understand --

19       A.   So I think it would be reasonable to say

20   that he has an expectation that he's going to be     10:26:50

21   charged for the accurate clicks and not charged for

22   clicks that aren't accurate.

23       Q.   So my question is directed at this

24   particular Help Center document that you just

25   referred to.  Is your sole basis for believing that  10:27:01

3615ebff-997d-4605-a605-fe76a533fd8d

Page 51

1    Mr. Boskoff or anyone at RootZoo read that

2    particular document what you've read in the

3    Complaint?

4         A.   I think that Jesse is somebody who would

5    review documents carefully and I would -- I would      10:27:15

6    assume that he would read what he needs to read to

7    understand the basis between his advertising on

8    Facebook and how he's being charged.

9         Q.   You would assume that Mr. Boskoff reviewed

10   the entirety of the materials available from            10:27:32

11   Facebook related to running advertisements on

12   Facebook?

13        A.   I can't say that.  It probably is an endless

14   amount.  I don't know.

15        Q.   So you don't know whether he reviewed any     10:27:43

16   particular document based on this assumption?

17        A.   I said before I don't know what documents he

18   reviewed.

19        Q.   Or that anyone -- you don't know what

20   documents anyone at RootZoo reviewed prior to           10:27:53

21   choosing to buy advertising from Facebook?

22        A.   No, I do not.

23        Q.   Do you know what was important to Mr. -- let

24   me ask.

25             Do you know if Mr. Boskoff would have been    10:28:25

3615ebff-997d-4605-a605-fe76a533fd8d

Page 52

1    the decisionmaker at RootZoo who would have made the

2    decision to advertise on Facebook?

3         A.   Yes.

4         Q.   And do you know what was -- what went into

5    his decision as to whether to advertise on Facebook?   10:28:37

6         A.   No, I do not.

7         Q.   So you don't know in any way what was

8    important to him or not important to him regarding

9    his decision on behalf of RootZoo to advertise on

10   Facebook?                                              10:28:52

11        A.   No, I do not.

12        Q.   Do you know how many advertisements RootZoo

13   purchased from Facebook?

14        A.   No, I do not.

15        Q.   No sense at all of that?                     10:29:59

16        A.   No.

17             MR. SHUB:  You mean without looking at

18   Facebook's records that clearly would indicate how

19   many there were?

20             MR. GUTKIN:  Counsel, I'm going --           10:30:11

21             MR. SHUB:  This is ridiculous.

22             MR. GUTKIN:  I am going to object to your

23   commentary again on the basis that you should not be

24   supplying the witness with answers, as you know.

25             MR. SHUB:  That wasn't an answer because the 10:30:21

Page 53

1    question wasn't directed at anything I just said but

2    just go ahead.

3    BY MR. GUTKIN:

4        Q.   Are you familiar with the term "conversion"

5    as it relates to RootZoo's website, what it would          10:30:49

6    mean to get a conversion from a RootZoo website

7    user?

8        A.   No, I'm not.

9        Q.   Are you familiar -- let me try and ask it a

10   different way.                                              10:31:03

11           Are you familiar with the term "conversion"

12   in terms of what it would mean to get a conversion

13   for the RootZoo website from a click on RootZoo's

14   advertisement from the Facebook website?

15       A.   No.                                                10:31:17

16       Q.   That term "conversion" --

17       A.   I've never heard the term "conversion" in

18   relation to Internet advertising.

19       Q.   To the best of your recollection sitting

20   here as RootZoo's representative who is most               10:31:30

21   knowledgeable about Facebook's communications with

22   RootZoo, you don't recall the term "conversion"

23   coming up in those communications?

24       A.   In the documents that I read or the

25   discussions I've had, no.                                  10:31:44

3615ebff-997d-4605-a605-fe76a533fd8d

Page 54

1        Q.    Okay.

2        A.    Or in my own personal knowledge I don't know

3    what the word means in relation to this.

4        Q.    Okay.  Are you familiar with the term "click

5    quality" as it relates to website advertising?      10:32:48

6        A.    No, I'm not -- I'm not a web ad expert by

7    any means.

8        Q.    Okay.  Let me just ask you a couple of

9    questions.  So you do not consider yourself an

10   expert on websites' measures to ensure that clicks   10:33:06

11   on advertisements are valid clicks?

12       A.    I am not an expert in that, no.

13       Q.    Okay.  Do you know the industry norms for

14   ensuring that advertisers on a website are only

15   charged for valid clicks?                            10:33:28

16       A.    I believe reading the Complaint that there's

17   a bureau that represents best practices and that

18   most of the other social networks subscribe to that.

19       Q.    Can you give me more detail on that?  What

20   bureau are you referring to?                         10:33:46

21       A.    Computer advertising bureau.  I'm not sure

22   exactly.  There was a three-letter word and I

23   believe Google and Yahoo! and -- I'm not sure what

24   other of the other major social network sites

25   subscribe to it.                                     10:34:00

3615ebff-997d-4605-a605-fe76a533fd8d

Page  74

1       phrased.  Do you know whether RootZoo contends that

2       that is a click at issue in this dispute?

3           A.    No, I don't know.

4           Q.    Or what about a person who clicks on the

5       RootZoo ad with the intention of going to the            11:06:00

6       RootZoo website but then is using an unusual browser

7       that's not compatible with the RootZoo website and

8       therefore your site is not able to load correctly?

9       Is that -- do you know one way or the other whether

10      that's a click that RootZoo would contend it should    11:06:16

11      not have been charged for?

12          A.    No, I do not?

13          Q.    Do you know what representations of any kind

14      from Facebook RootZoo was relying upon when it

15      decided to purchase advertising from Facebook?          11:06:44

16          A.    No, I do not.

17          Q.    Did you look at the exhibits to the

18      Complaint?

19          A.    Which exhibits?

20          Q.    There were exhibits to the Complaint that's   11:07:11

21      in front of you that were printouts from the

22      Facebook website.  They're not attached to what I've

23      handed you.  I'm just asking if you looked at them

24      for right now because I'm trying to short circuit,

25      frankly.                                                11:07:30

3615ebff-997d-4605-a605-fe76a533fd8d

Page 128

1      Q.   Do you have --

2      A.   I should say, no, there's no one at the

3  company that knows that.

4      Q.   You know, why don't I just take a step back

5  and ask how many current employees does RootZoo.com   12:27:32

6  have?

7      A.   I'm the sole employee.

8      Q.   How is your website being kept running?  Is

9  it self-sustaining?

10      A.   It is.  We pay the server fees.          12:27:48

11      Q.   Okay.  So the only thing that you -- the

12  only thing that anyone employed by RootZoo.com is

13  doing to keep the website running is paying the

14  server fees?

15      A.   Yes.                                     12:28:04

16      Q.   How long has that been the case?

17      A.   Since Jesse ceased being involved.  Oh, I'm

18  sorry.  Can you define -- can you clarify the

19  question?  How long has what been the case?

20      Q.   That no one has been doing anything to     12:28:20

21  modify or change or sustain the website's operation

22  apart from paying server fees.

23      A.   We began paying server fees I believe in

24  possibly January of this year.

25      Q.   January of 2011?                          12:28:41

3615ebff-997d-4605-a605-fe76a533fd8d

Page 173

1       A.    Default.  I'm not sure of the exact

2    terminology, I'm sorry.

3       Q.    Let me talk it out --

4       A.    They had a promissory note and they didn't

5    pay and so I'm not sure if the terminology is          02:19:51

6    foreclosed or default.

7       Q.    RootZoo had a promissory note for a loan

8    that it had taken from Eclipse?

9       A.    Correct.

10       Q.    And that loan came due and RootZoo was        02:20:02

11    unable to pay; is that correct?

12       A.    I believe that's correct.

13       Q.    And then Eclipse took over RootZoo

14    effectively?

15       A.    Correct.                                      02:20:14

16       Q.    Is that the point when Mr. Boskoff was let

17    go from RootZoo?

18       A.    I don't know if that was the exact point but

19    at some point the relationship deteriorated where

20    Mr. Boskoff was no longer involved with the company.  02:20:27

21    I don't know if that was the final catalyst or if

22    there was something preceding that.

23       Q.    And it was not an amicable parting of the

24    ways in your view?

25       A.    No.                                           02:20:41