UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE FACEBOOK PPC
ADVERTISING LITIGATION

_____/

No. C 09-3043 PJH

**ORDER**

Before the court is a motion that was filed by Eric D. Freed, an attorney licensed in Illinois and California.  The motion, which was filed on April 5, 2012, is styled as a request to "reinstate" Mr. Freed's "appearance on behalf of class action plaintiffs in this matter."  Mr. Freed details some dispute that has arisen between himself and his law partners or former law partners, relating to Mr. Freed's representation of plaintiffs in various class actions.  The motion was not set for hearing, and no opposition to the motion has been filed.

On April 13, 2012, the court denied plaintiffs' motion for an order certifying the class.  On May 1, 2012, plaintiffs filed a notice stating that they had filed a petition with the Ninth Circuit seeking permission to appeal the order denying class certification, and requesting that the May 17, 2012 case management conference be vacated.

Accordingly, as Mr. Free's motion remains pending, the court ORDERS that no later than May 10, 2012, Mr. Freed shall either notice the pending motion for hearing, or withdraw it without prejudice to refiling should a ruling be necessary.

**IT IS SO ORDERED.**

Dated:  May 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge