FILED

JUL 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FOX TEST PREP; STEVEN PRICE,<br><br>        Plaintiffs - Petitioners,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>        Defendant - Respondent. | No. 12-80104<br><br>D.C. No. 4:09-cv-03043-PJH<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: KOZINSKI, Chief Judge, and THOMAS, Circuit Judge.

The court, in its discretion, grants the petition for permission to appeal the district court's April 13, 2012, order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

RJ/MOATT