| | |
|---|---|
| 1 | Jonathan Shub (SBN 237708) |
| 2 | jshub@seegerweiss.com<br>**SEEGER WEISS LLP** |
| 3 | 1515 Market Street, Suite 1380<br>Philadelphia, PA 19102 |
| 4 | Telephone: (215) 564-2300/ Facsimile: (215) 851-8029 |
| 5 | Rosemary M. Rivas (SBN 209147)<br>rrivas@finkelsteinthompson.com |
| 6 | **FINKELSTEIN THOMPSON LLP**<br>100 Bush Street, Suite 1450 |
| 7 | San Francisco, California 94104<br>Telephone: (415) 398-8700/ Facsimile: (415) 398-8704 |
| 8 | *Interim Co-Lead Counsel* |
| 9 | Guido Saveri (SBN 22349) |
| 10 | guido@saveri.com<br>R. Alexander Saveri (SBN 173102) |
| 11 | rick@saveri.com<br>Cadio Zipoli (SBN 179108) |
| 12 | cadio@saveri.com<br>**SAVERI & SAVERI, INC.** |
| 13 | 706 Sansome Street<br>San Francisco, California 94111 |
| 14 | Telephone: (415) 217-6810<br>Facsimile: (415) 217-6817 |
| 15 | *Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK PPC LITIGATION | Case No. 5:09-cv-03043 PJH<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING RULING ON APPEAL IN NINTH CIRCUIT**<br><br>STIPULATED [PROPOSED] ORDER LODGED CONCURRENTLY |

STIP. STAYING PROCEEDINGS PENDING RULING ON APPEAL
Case No. 5:09-cv-03043 PJH

WHEREAS, On April 27, 2012, Plaintiffs Fox Test Prep and Steven Price ("Plaintiffs") filed a petition pursuant to Rule 23(f) of the Federal Rules of Civil Procedure with the U.S. Court of Appeals for the Ninth Circuit ("Ninth Circuit") seeking permission to appeal this Court's April 13, 2012 order denying Plaintiffs' motion for class certification;

WHEREAS, on July 17, 2012, the Ninth Circuit granted Plaintiffs' petition for permission to appeal;

WHEREAS, the parties believe a stay of all deadlines, including all discovery obligations under the Federal Rules of Civil Procedure, and of any other provisions or orders governing pretrial or trial proceedings in this case pending the resolution of Plaintiffs' appeal, will serve the interests of judicial economy and efficiency and fairness to the parties, as the Ninth Circuit's resolution of Plaintiffs' appeal will have a significant effect on the case as a whole.

Accordingly, the parties, by and through their counsel of record, hereby stipulate to a stay of this action, including all discovery obligations under the Federal Rules of Civil Procedure, and of any other provisions or orders governing pretrial or trial proceedings.

Dated: August 9, 2012      FINKELSTEIN THOMPSON LLP

By: /s/ Rosemary M. Rivas
Attorneys for Fox Test Prep and Steven Price

Dated: August 9, 2012      COLLEY LLP


By: /s/ Whitty Somvichian
Attorneys for Facebook, Inc.

### CERTIFICATION

I, Rosemary M. Rivas, am the ECF User whose identification and password are being used to file this STIPULATION TO STAY PROCEEDINGS PENDING RULING ON APPEAL IN NINTH CIRCUIT. Pursuant to General Order 45, section X.B, I attest that Whitty Somvichian has concurred in this filing.