# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE FACEBOOK PPC LITIGATION

Case No. 5:09-cv-03043 PJH

[~~PROPOSED~~] ORDER STAYING PROCEEDINGS PENDING RULING ON APPEAL PENDING IN NINTH CIRCUIT

**[~~PROPOSED~~] ORDER**

Having considered the parties' Stipulation to stay proceedings pending the resolution of Plaintiffs' appeal to the Ninth Circuit of the Court's April 27, 2012 order denying class certification, in the interests of judicial economy and fairness to the parties, and good cause appearing, the Court finds and orders as follows:

**IT IS HEREBY ORDERED** that the relief requested in the joint stipulation is **GRANTED.** All deadlines and all discovery obligations under the Federal Rules of Civil Procedure, and under any other provisions or orders governing pretrial or trial proceedings in this case, are stayed. The parties shall promptly advise the Court when the appeal is resolved and propose new dates leading up to trial.

**IT IS SO ORDERED.**

Dated: 8/10/12



Hon. Phyllis J. Hamilton
U.S. District Court Judge