UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re FACEBOOK, INC., PPC ADVERTISING LITIGATION

No. C 09-3043 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

As Court of Appeals has denied the appeal of the denial of class certification, and mandate has been entered, the parties shall appear for a Case Management Conference on March 26, 2015, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Courthouse, 1301 Clay, Oakland, California.

The parties shall appear in person or through **lead counsel** and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than seven (7) days prior to the conference.

**SO ORDERED.**

Dated: February 6, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge